%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

ROBERT OLAFSON, ET. AL.

V.

KYLE E. BYRNE, ET. AL.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-10155-MLW

TO: (Name and address of Defendant)

Margaret Hamill
368 Branch Road
Roxbury, NH

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John C. Ottenberg
101 Arch Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  JAN 23 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/11/04 |
| NAME OF SERVER (PRINT) William Wilbur | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): * LEFT COPIES AT LAST AND USUAL PLACE OF ABODE 365 BRANCH ROAD, Roxbury, New Hampshire 03431

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/11/04
          Date

William Wilbur
          Signature of Server

PO Box 20, Spofford, NH 03462
          Address of Server

* Summons, Complaint, Civil Cover Sheet and Category Sheet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.