UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10158 MLW

| | |
|---|---|
| ROBERT OLAFSON and PATRICIA OLAFSON, <br> Plaintiffs <br><br> v. <br><br> KYLE E. BYRNE, an Entity identified In part as BFI, and MARGARET HAMILL <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ASSENTED TO)

NOW comes the defendant Margaret Hamill and the plaintiffs, Robert Olafson and Patricia Olafson, and move the court allow the defendant Margaret Hamill an extension of time up to and including March 26, 2004 to respond to the plaintiffs' complaint.

Dated: 3/2/04

By her attorney,

Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICE OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

Assented To:
John C. Ottenberg, Esquire
BBO#: 380955
Ottenberg & Dunkless, LLP
101 Arch Street
Boston, MA 02110
Telephone (617) 342-8600

## CERTIFICATE OF SERVICE

I, Bruce R. Fox, attorney for the above named defendant, do hereby certify that I caused a copy of the within <u>MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (ASSENTED TO)</u>, to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

John C. Ottenberg, Esquire
Ottenberg & Dunkless, LLP
101 Arch Street
Boston, MA 02110

Signed under the pains and penalties of perjury this 2nd day of March 2004.

_____
Bruce R. Fox, Esquire