UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10158 MLW

ROBERT OLAFSON and )
PATRICIA OLAFSON, )
    Plaintiffs )
)
v. )
)
KYLE E. BYRNE, an Entity identified )
In part as BFI, and )
MARGARET HAMILL )
    Defendants )

### NOTICE OF APPEARANCE

Pursuant to M. R. C. P. Rule 11(b), please enter my appearance for the defendant, MARGARET HAMILL.

Dated: 3-8-04

By her attorney,

Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

1

## CERTIFICATE OF SERVICE

I, Bruce R. Fox, attorney for the above named defendant, do hereby certify that I caused a copy of the within NOTICE OF APPEARANCE, to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

John C. Ottenberg, Esquire
Ottenberg & Dunkless, LLP
101 Arch Street
Boston, MA 02110

Signed under the pains and penalties of perjury this 8th day of March 2004.

_____
Bruce R. Fox, Esquire