UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br>      Plaintiffs,<br><br>v.<br><br>KYLE E. BYRNE and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC<br>and MARGARET HAMILL<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   DOCKET NO: 04 10158MLW<br>)<br>)<br>)<br>)<br>) |

## ANSWER AND JURY DEMAND OF DEFENDANTS, KYLE E. BYRNE AND BFI WASTE SERVICES OF MASSACHUSETTS, LLC, TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND

### FIRST DEFENSE

Each Count of the plaintiffs' Complaint fails to state a cause of action upon which relief can be granted.

### FIRST DEFENSE

Each Count of the plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

The defendants, Kyle E. Byrne and BFI Waste Services of Massachusetts LLC, responds to the allegations contained in the plaintiffs' Complaint paragraph by paragraph as follows.

### PARTIES

1.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2.  The defendants deny the allegations contained in this paragraph.

3.  The defendants deny the allegations contained in this paragraph.

4. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## JURISDICTION AND VENUE

5. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## FACTUAL BACKGROUND

6. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. The defendants admit the allegations contained in the first sentence. The defendants deny the allegations contained in the second sentence.

8. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

9. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

10. The defendants deny the allegations contained in this paragraph.
11. The defendants deny the allegations contained in this paragraph.
12. The defendants deny the allegations contained in this paragraph.
13. The defendants deny the allegations contained in this paragraph.
14. The defendants deny the allegations contained in this paragraph.

## COUNT I

### ROBERT OLAFSON v. KYLE E. BYRNE

### Negligence

15. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 14 of the Complaint and all of their affirmative defenses.

16. The defendants deny the allegations contained in this paragraph.

17. The defendants deny the allegations contained in this paragraph.

## COUNT II

### ROBERT OLAFSON v. BFI

### Agency/Respondent Superior

18. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 17 of the Complaint and all of their affirmative defenses.

19. The defendants deny the allegations contained in this paragraph.

20. The defendants deny the allegations contained in this paragraph.

## COUNT III

### PATRICIA OLAFSON v. KYLE E. BYRNE

### Negligence

21. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 20 of the Complaint and all of their affirmative defenses.

22. The defendants deny the allegations contained in this paragraph.

929786v1

23. The defendants deny the allegations contained in this paragraph.

## COUNT IV

## PATRICIA OLAFSON v. BFI

### Agency/Respondent Superior

24. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 23 of the Complaint and all of their affirmative defenses.

25. The defendants deny the allegations contained in this paragraph.

26. The defendants deny the allegations contained in this paragraph.

## COUNT V

## ROBERT OLAFSON v. MARGARET HAMILL

### Negligence

27. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 26 of the Complaint and all of their affirmative defenses.

28. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

29. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

929786v1

## COUNT VI

## PATRICIA OLAFSON v. MARGARET HAMILL

### Negligence

30. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 29 of the Complaint and all of their affirmative defenses.

31. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

32. The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

## COUNT VII

## ROBERT OLAFSON v. KYLE E. BYRNE

### Consortium

33. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 32 of the Complaint and all of their affirmative defenses.

34. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

35. The defendants deny the allegations contained in this paragraph.

929786v1

## COUNT VIII

## ROBERT OLAFSON v. BFI

### Consortium

36. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 35 of the Complaint and all of their affirmative defenses.

37. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

38. The defendants deny the allegations contained in this paragraph.

## COUNT IX

## ROBERT OLAFSON v. MARGARET HAMILL

### Consortium

39. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 38 of the Complaint and all of their affirmative defenses.

40. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

41. The defendants deny the allegations contained in this paragraph.

929786v1

## COUNT XI

## **PATRICIA OLAFSON v. KYLE E. BYRNE**

## **Consortium**

42. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 41 of the Complaint and all of their affirmative defenses.

43. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44. The defendants deny the allegations contained in this paragraph.

## COUNT XI

## **PATRICIA OLAFSON v. BFI**

## **Consortium**

45. The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 44 of the Complaint and all of their affirmative defenses.

46. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

47. The defendants deny the allegations contained in this paragraph.

929786v1

## COUNT XII

## PATRICIA OLAFSON v. MARGARET HAMILL

### Consortium

48.     The defendants incorporate as if fully set forth herein their responses to paragraphs 1 through 47 of the Complaint and all of their affirmative defenses.

49.     The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

50.     The defendants state that this paragraph refers to another co-defendant and, therefore, no response is required.

### AFFIRMATIVE DEFENSES

### THIRD DEFENSE

The defendants deny each and every allegation of the plaintiff's Complaint except as specifically admitted above.

### FOURTH DEFENSE

By way of affirmative defense, the defendants state that the action is barred by the applicable statute of limitations.

### FIFTH DEFENSE

By way of affirmative defense, the defendants state that the negligence of the plaintiff, Robert Olafson, was greater than the alleged negligence of the defendants, that such negligence of the plaintiff, Robert Olafson, contributed to his alleged injuries and, therefore, the plaintiff, Robert Olafson, is barred from recovery under M.G.L. c.231, §85.

### SIXTH DEFENSE

By way of affirmative defense, the defendants state that the plaintiff, Robert Olafson was guilty of comparative negligence and that the damage, if any, recovered by the plaintiff, Robert Olafson, from the defendants should be reduced in proportion to the said negligence of the plaintiff, Robert Olafson, in accordance with M.G.L. c.231, §85.

### SEVENTH DEFENSE

By way of affirmative defense, the defendants state that at the time of the alleged incident, the plaintiff, Robert Olafson, was guilty of a violation of law which caused or contributed to the alleged accident.

### EIGHTH DEFENSE

By way of affirmative defense, the defendants state that if the plaintiff, Robert Olafson, was injured, it was as a result of plaintiff, Robert Olafson's, breach of his duty to exercise a high degree of care to protect and ensure his own safety.

### NINTH DEFENSE

By way of affirmative defense, the defendants state that the injuries alleged were caused in whole or in part by the negligence of the plaintiff, Robert Olafson

### TENTH DEFENSE

By way of affirmative defense, the defendants are guilty of no negligence.

### ELEVENTH DEFENSE

By way of affirmative defense, the defendants state that this action shall be dismissed for insufficiency of process.

## TWELFTH DEFENSE

By way of affirmative defense, the defendants state that the plaintiffs have failed to mitigate their alleged damages.

## THIRTEENTH DEFENSE

The defendants state that this action shall be dismissed for lack of jurisdiction.

## JURY CLAIM

THE DEFENDANTS DEMAND A JURY TRIAL ON ALL ISSUES RAISED IN THEIR ANSWER.

The Defendants,
**KYLE E. BYRNE and BFI WASTE SERVICES OF MASSACHUSETTS LLC,**
By their attorneys,

/s/_____
Lee Stephen MacPhee - BBO No. 312400
Shannon M. Lynch - BBO No. 630943
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

929786v1