```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


ROBERT OLAFSON, et al,         )
    Plaintiff(s),              )
                               )
     v                         )    C.A. No. 04-10158-MLW
                               )
KYLE BYRNE, et al,             )
    Defendant(s),              )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                          June 16, 2004

    This action is one of about 225 civil cases assigned to me. I am also responsible for about 40 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

    Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Cohen, pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Cohen will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would

1