AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ROBERT OLAFSON, ET AL.

V.

KYLE E. BYRNE, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10158-MLW

TO: (Name and address of Defendant)

BFI WasteManagement of Massachusetts, LLC
385A Dunstable Road
Tyngsboro, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John C. Ottenberg, Esq.
Ottenberg & Dunkless LLP
101 Arch Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JAN 23 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | *[handwritten]* |
| NAME OF SERVER (PRINT) | TITLE |
| | *[handwritten]* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

June 2, 2004

I hereby certify and return that on 5/27/2004 at 11:10:00 AM I served a true and attested copy of the Summons, Amended Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Yvette Conception, Process Clerk and agent in charge of CT Corp. and its agent at the time of service for BFI Waste Services Of Massachusetts, LLC, at, C/o CT Corporation Systems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                           *[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy Sheriff*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.