## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br>    Plaintiffs, | ) ) ) ) ) | |
| v. | ) ) | DOCKET NO: 04 10158MLW |
| KYLE E. BYRNE and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC<br>and MARGARET HAMILL<br>    Defendants | ) ) ) ) ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT, BFI WASTE SERVICES OF MASSACHUSETTS, LLC

Defendant, BFI Waste Services of Massachusetts, LLC., pursuant to Local Rule 7.3(A), identifies the following:

BFI Waste Services of Massachusetts, LLC., is a wholly owned subsidiary of Allied Waste North America, Inc. Allied Waste North America, Inc. is a wholly owned subsidiary of Allied Waste Industries, Inc.

Defendant, BFI Waste Services of Massachusetts, LLC., pursuant to Local Rule 7.3(A), identifies the following as a publicly held company that owns 10% or more of its stock:

929786v1

Allied Waste Industries, Inc.

The Defendants,
**KYLE E. BYRNE and BFI WASTE**
**SERVICES OF MASSACHUSETTS LLC,**
By their attorneys,

/s/  *Lee Stephen MacPhee*
Lee Stephen MacPhee -  BBO No. 312400
Shannon M. Lynch - BBO No. 630943
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

DATED:  JULY 7, 2004

929786v1