UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL -6  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT OLAFSON and <br> PATRICIA OLAFSON <br><br> v. <br><br> KYLE E. BYRNE, an BFI WASTE <br> SERVICES OF MASSACHUSETTS, LLC, <br> and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

## NOTICE IN RESPONSE TO MEMORANDUM AND ORDER
## DATED JUNE 16, 2004

The plaintiffs, Robert Olafson and Patricia Olfason, do not consent to having this matter reassigned for all purposes to the Magistrate Judge.

Respectfully Submitted,

ROBERT OLAFSON and PATRICIA OLAFSON
By their attorney,

_____
John C. Ottenberg, Esq.  (BBO #380955)
Ottenberg & Dunkless LLP
101 Arch Street
Boston, MA  02110
617-342-8600

Dated:   July 6, 2004

C:\Office Documents\Gateway\WPfiles\W\PFILES\Olafson\Notice.0625.wpd

## CERTIFICATE OF SERVICE

I, John C. Ottenberg, hereby certify that I served a copy of the within pleading by first class mail on this date, addressed as follows:

| | |
|---|---|
| Bruce R. Fox, Esq. | Lee Stephen MacPhee, Esq. |
| 278 Midstate Office Park | Morrison, Mahoney & Miller, LLP |
| Auburn, MA  01501 | 250 Summer Street |
| | Boston, MA 02210-1181 |

Signed under the pains and penalties of perjury this 6th day of July, 2004.

_____
John C. Ottenberg

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\CertService.0625.wpd