## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## <u>**ORDER OF REFERENCE**</u>

Check if previously referred

<u>ROBERT OLAFSON et al</u>

V.                              CA No.  04-10158-MLW

<u>KYLE BYRNE et al</u>

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Cohen for the following proceedings:

(A)              Referred for full pretrial case management, including all dispositive motions.

(B)     X       Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)              Referred for discovery purposes only.

(D)              Referred for Report and Recommendation on:

              (  ) Motion(s) for injunctive relief
              (  ) Motion(s) for judgment on the pleadings
              (  ) Motion(s) for summary judgment
              (  ) Motion(s) to permit maintenance of a class action
              (  ) Motion(s) to suppress evidence
              (  ) Motion(s) to dismiss
              (  ) Post Conviction Proceedings[1]
              See Documents Numbered: _____
              ___

(E)              Case referred for events only.  See Doc. No(s). _____
       __

(F)              Case referred for settlement.

(G)              Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
              (  ) In accordance with Rule 53, F.R.Civ.P.
              (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)              Special Instructions:_____
              ___

<u>July 8, 2004</u>                        By:     <u>/s/ Dennis O'Leary                     </u>
Date                                            Deputy Clerk

**(order-ref-mag.wpd - 05/2003)**

_____

[1]     See reverse side of order for instructions