UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br>　　Plaintiffs,<br><br>v.<br><br>KYLE E. BYRNE and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC<br>and MARGARET HAMILL<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 04 10158MLW |

## NOTICE OF CHANGE OF FIRM NAME

As of July 1, 2004, the law firm of counsel of record for the defendants, Kyle E. Byrne and BFI Waste Services of Massachusetts, LLC, has changed its name to Morrison Mahoney LLP.

　　　　　　　　　　　　　　　　　　　Defendants
　　　　　　　　　　　　　　　　　　　Kyle E. Byrne and
　　　　　　　　　　　　　　　　　　　BFI Waste Services of Massachusetts, LLC
　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　**MORRISON MAHONEY LLP.**

　　　　　　　　　　　　　　　　　　　/s/　　*Lee Stephen MacPhee*
　　　　　　　　　　　　　　　　　　　Lee Stephen MacPhee,  BBO #312400
　　　　　　　　　　　　　　　　　　　Shannon M. Lynch, BBO. #630943
　　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　(617) 439-7500

DATED:  July 12, 2004