UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10158 MLW

ROBERT OLAFSON and  
PATRICIA OLAFSON,  
    Plaintiffs

v.

KYLE E. BYRNE, an Entity identified  
In part as BFI, and  
MARGARET HAMILL  
    Defendants

## NOTICE IN RESPONSE TO MEMORANDUM AND ORDER DATED JUNE 16, 2004

The defendant Margaret Hamill does consent to having this matter reassigned for all purposes to the Magistrate Judge.

Dated: 7/2/04

By her attorney,

Bruce R. Fox, Esquire  
BBO#: 176320  
LAW OFFICES OF BRUCE R. FOX  
27B Midstate Office Park  
Auburn, MA 01501  
Telephone: (866) 290-7435

1

## CERTIFICATE OF SERVICE

I, Bruce R. Fox, attorney for the above named defendant Margaret Hamill, do hereby certify that I caused a copy of the within NOTICE IN RESPONSE TO MEMORANDUM AND ORDER DATED JUNE 16, 2004 to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

John C. Ottenberg, Esquire
Ottenberg & Dunkless, LLP
101 Arch Street
Boston, MA 02110

Lee Stephen MacPhee, Esquire
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA 02210-1181

Signed under the pains and penalties of perjury this 2nd day of July 2004.

_____
Bruce R. Fox, Esquire

2