SCANNED
DATE: 7-16-04
BY: /s/

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL 15 P 2:19

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT OLAFSON and )
PATRICIA OLAFSON )
)
) CIVIL ACTION NO. 04 10158MLW
v. )
)
KYLE E. BYRNE, an BFI WASTE )
SERVICES OF MASSACHUSETTS, LLC, )
and MARGARET HAMILL )
)

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

The undersigned hereby adds his appearance as an additional counsel for the plaintiffs Robert Olafson and Patricia Olafson.

Edward W. Vincent Jr. (by JCO)
Edward W. Vincent Jr., Esq. (BBO #509760)
15 Winter Street, Box 186
Edgartown, MA 02539
(508) 627-9927

Dated: July 14, 2004

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\NtcApprnc.wpd

## CERTIFICATE OF SERVICE

I, John C. Ottenberg, hereby certify that I served a copy of the within pleading by first class mail on this date, addressed as follows:

Bruce R. Fox, Esq.  
278 Midstate Office Park  
Auburn, MA  01501

Lee Stephen MacPhee, Esq.  
Morrison, Mahoney & Miller, LLP  
250 Summer Street  
Boston, MA 02210-1181

Signed under the pains and penalties of perjury this 14th day of July, 2004.

_____  
John C. Ottenberg

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\CertService.0625.wpd