UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT OLAFSON and )
PATRICIA OLAFSON )
   Plaintiffs, )
)
v. )   DOCKET NO: 04 10158MLW
)
KYLE E. BYRNE and BFI WASTE )
SERVICES OF MASSACHUSETTS, LLC )
and MARGARET HAMILL )
   Defendants )
)

## CERTIFICATION OF THE DEFENDANT, BFI WASTE SERVICES OF MASSACHUSETTS, LLC PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, BFI Waste Services of Massachusetts, LLC, by its representative, certifies that the defendant and counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_Robert Palt_
For BFI Waste Services of Massachusetts, LLC

By its Attorneys,

_[signature]_
Lee Stephen MacPhee, Esq., BBO #312400
Shannon M. Lynch, Esq., BBO #630943
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

934594v1