UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10158 MLW

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON,<br>    Plaintiffs<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSSACHUSETTS, LLC,<br>and MARGARET HAMILL<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

I, Bruce R. Fox, counsel for the defendant Margaret Hamill, certify that I have conferred with my client with a view to establishing a budget for the cost of conducting this litigation, and have discussed with her resolution of the litigation through the use of alternative dispute resolution programs.

Dated: 8/23/04

By her attorney,

_____
Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
Telephone: (866) 290-7435

1

## CERTIFICATE OF SERVICE

I, Bruce R. Fox, attorney for the above named defendant, do hereby certify that I caused a copy of the within CERTIFICATION, to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

John C. Ottenberg, Esquire
Ottenberg & Dunkless, LLP
101 Arch Street
Boston, MA 02110

Lee Stephen MacPhee, Esquire
Morrison & Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181

Signed under the pains and penalties of perjury this 22 day of August 2004.

_____
Bruce R. Fox, Esquire