UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

## JOINT MOTION TO EXTEND DATES ESTABLISHED BY SCHEDULING ORDER

Now come all parties, plaintiffs Robert Olafson and Patricia Olafson and defendants Kyle E. Byrne, BFI Waste Services of Massachusetts, LLC, and Margaret Hamill, and jointly move that the dates established by the Scheduling Order be extended for a period of an additional sixty (60) days. In support hereof, the parties say that while they have completed the depositions of the plaintiffs, they have not yet been able to take the depositions of the defendants. Further, the plaintiffs have continued to seek medical treatment, resulting in the need to obtain and analyze recently created medical records.

For the foregoing reasons, the parties respectfully request that the Court extend all of the dates on the scheduling order by a period of approximately sixty (60) days.

PATRICIA OLAFSON and ROBERT OLAFSON
By their attorney,
OTTENBERG & DUNKLESS LLP

_____
John C. Ottenberg (BBO#: 380955)
101 Arch Street
Boston, MA 02110
617-342-8600

1

KYLE E. BYRNE and
BFI WASTE SERVICES OF MASSACHUSETTS LLC
By their attorney,

_____ (by TrO)
Shannon M. Lynch, Esq. (BBO #630943)
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
617-439-7500

MARGARET HAMILL
By her attorney,

_____ (by TrO)
Bruce R. Fox, Esq. (BBO #176320)
27B Midstate Office Park
Auburn, MA 01501
866-290-7435

Dated: January 19, 2005

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\JntMtnExtendDates.wpd