UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLAFSON ET AL
       Plaintiff

v.                      Case Number: CV 04-10158-MLW

BYRNE ET AL
       Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

    The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge     Charles B. Swartwood IIII     solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

    Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                      /s/ Charles B. Swartwood III
                                      Charles B. Swartwood III
                                      Chief Magistrate Judge