UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*
*2005 JAN 28 P 1:02*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

ROBERT OLAFSON and )
PATRICIA OLAFSON )
    Plaintiffs, )  CIVIL ACTION NO.
                        )  04-10158MLW
v. )
                        )
KYLE E. BYRNE, and BFI WASTE )
SERVICES OF MASSACHUSETTS, LLC, )
and MARGARET HAMILL )
    Defendants. )
                        )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, KYLE E. BYRNE, in the above-entitled action.

                        Respectfully submitted,

                        _____
                        John F. Leahy, Jr.
                        BBO # 289860
                        Attorney for Kyle E. Byrne
                        Long & Houlden
                        100 Summer Street, 11th Floor
                        Boston, MA 02110
                        (617) 439-4777

DATE: 1-27-05

## CERTIFICATE OF SERVICE

I, John F. Leahy, Jr., Attorney for KYLE E. BYRNE, hereby certify that on this 27th day of January, 2005, I have served a copy of the following document:

1. Notice of Appearance

by mailing a copy of the same first class mail, postage prepaid, to counsel of record:

John C. Ottenberg, Esq.
Ottenberg & Dunkless LLP
101 Arch Street
Boston, MA  02110

Lee Stephen MacPhee, Esq.
Shannon L. Lynch, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210

_____
John F. Leahy, Jr.
BBO # 289860
Attorney for Kyle E. Byrne
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
(617) 439-4777