UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2005 JAN 28 P 1:02*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| ROBERT OLAFSON and PATRICIA OLAFSON<br>    Plaintiffs,<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE SERVICES OF MASSACHUSETTS, LLC, and MARGARET HAMILL<br>    Defendants. | CIVIL ACTION NO.<br>04-10158MLW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, KYLE E. BYRNE, in the above-entitled action.

Respectfully submitted,

_____
John F. Leahy, Jr.
BBO # 289860
Attorney for Kyle E. Byrne
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA 02110
(617) 439-4777

DATE: 1-27-05

**CERTIFICATE OF SERVICE**

    I, John F. Leahy, Jr., Attorney for KYLE E. BYRNE, hereby certify that on this ⟨27⟩ day of January, 2005, I have served a copy of the following document:

1. Notice of Appearance

by mailing a copy of the same first class mail, postage prepaid, to counsel of record:

John C. Ottenberg, Esq.
Ottenberg & Dunkless LLP
101 Arch Street
Boston, MA  02110

Lee Stephen MacPhee, Esq.
Shannon L. Lynch, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210

 

_____
John F. Leahy, Jr.
BBO # 289860
Attorney for Kyle E. Byrne
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
(617) 439-4777