UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br>　　Plaintiffs,<br><br>v.<br><br>KYLE E. BYRNE and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC<br>and MARGARET HAMILL<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)　DOCKET NO: 04 10158MLW<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the undersigned as counsel for defendant, Kyle E. Byrne, in the above-captioned action.

**MORRISON MAHONEY LLP**

/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee
BBO# 312400

/s/ *Shannon M. Lynch*
Shannon M. Lynch
BBO #630943
250 Summer Street
Boston, MA 02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 4th day of February, 2005.

/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee

935451v1