UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

FILED
IN CLERKS OFFICE
2005 MAR 30  P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS

## JOINT MOTION FOR SECOND EXTENSION OF DATES ESTABLISHED BY SCHEDULING ORDER

Now come all parties, plaintiffs Robert Olafson and Patricia Olafson and defendants Kyle E. Byrne, BFI Waste Services of Massachusetts, LLC, and Margaret Hamill, and jointly move that the dates established by the Scheduling Order, as previously extended, be further extended for a period of an additional sixty (60) days. In support hereof, the parties say that the defendant Margaret Hamill has been ill and therefore they have not been able to take her deposition. Further, the plaintiffs have continued to seek medical treatment, resulting in the need to obtain and analyze recently created medical records. Further, the parties have had difficulty obtaining in a timely manner some of the medical records, because they are maintained for the most part by providers in the Chicago, Illinois area.

For the foregoing reasons, the parties respectfully request that the Court extend all of the dates on the scheduling order by a period of sixty (60) days.

1

PATRICIA OLAFSON and ROBERT OLAFSON
By their attorney,
OTTENBERG & DUNKLESS LLP

*/s/ John C. Ottenberg*

John C. Ottenberg (BBO#: 380955)
101 Arch Street
Boston, MA 02110
617-342-8600

BFI WASTE SERVICES OF MASSACHUSETTS LLC
By its attorney,

*/s/ Shannon M. Lynch (by JCO)*

Shannon M. Lynch, Esq. (BBO #630943)
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
617-439-7500

KYLE E. BYRNE
By his attorney,

*/s/ John F. Leahy, Jr. (by JCO)*

John F. Leahy, Jr., Esq. (BBO #289860)
Long & Houlden
100 Summer Street
Boston, MA  02110
617-439-4777

MARGARET HAMILL
By her attorney,

*/s/ Bruce R. Fox (by JCO)*

Bruce R. Fox, Esq. (BBO #176320)
27B Midstate Office Park
Auburn, MA 01501
866-290-7435

Dated: March 28, 2005

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\JntMtnExtendDates2.wpd