UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Olafson
          Plaintiff

v.                              Case Number:    04-10158-MLW

Byrne et al
          Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

The above captioned case, previously referred to Magistrate Judge Lawrence P. Cohen is now referred to Magistrate Judge Leo T. Sorokin upon his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Sorokin should be directed to Maria Simeone at 617-748-4231.

/s/ *Charles B. Swartwood III*
Chief Magistrate Judge