UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON )<br>)<br>)<br>)<br>v. )<br>)<br>KYLE E. BYRNE, and BFI WASTE )<br>SERVICES OF MASSACHUSETTS, LLC, )<br>and MARGARET HAMILL )<br>) | CIVIL ACTION NO. 04 10158MLW |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the undersigned as counsel for the defendant, BFI Waste Services of Massachusetts, LLC, in the above-captioned action.

/s/ Shannon M. Lynch
Shannon M. Lynch - BBO #630943
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

### CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 5th day of May, 2005.

/s/ Shannon M. Lynch
Shannon M. Lynch

939866v1