UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
**ROBERT OLAFSON and**                      )
**PATRICIA OLAFSON**                        )
                                            )
                                            )   CIVIL ACTION NO. 04 10158MLW
v.                                          )
                                            )
**KYLE E. BYRNE, and BFI WASTE**            )
**SERVICES OF MASSACHUSETTS, LLC,** )
**and MARGARET HAMILL**                     )
_____ )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendant, BFI Waste Services of Massachusetts, LLC, in the above-captioned action.

/s/ *Judith A. Leggett*
Judith A. Leggett, BBO# 635346
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

### CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. this 10th day of May, 2005

/s/ *Judith A. Leggett*
Judith A. Leggett

951412v1