UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

ROBERT OLAFSON and )
PATRICIA OLAFSON )
                            )                CIVIL ACTION NO. 04 10158MLW

v. )

                            )
KYLE E. BYRNE, and BFI WASTE )
SERVICES OF MASSACHUSETTS, LLC, )
and MARGARET HAMILL )

## **REPORT OF LOST EARNINGS CAPACITY OF ROBERT OLAFSON**

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\ReportLossEarning.wpd

1

# Report on Lost Earnings Capacity of Robert Olafson

Prepared for

John Ottenberg
Ottenberg & Dunkless LLP
Boston, MA

Prepared by

Peter K. Ashton
Innovation & Information Consultants, Inc.
Concord, MA

July 2005

# Report on Lost Earnings Capacity of Robert Olafson

## Introduction

At the request of counsel, I have performed a computation of the economic losses that Mr. Robert Olafson suffered from an accident that occurred on October 14, 2002. It is my understanding that Mr. Olafson was on vacation at Martha's Vineyard when he injured his back and right leg in a motor vehicle accident. At the time of the incident, Mr. Olafson was 69 years old and had worked as a Floor Manager at the Naperville Ace Hardware store in Illinois. Mr. Olafson was born on April 23, 1933 and graduated from high school in 1948. He attended the University of Illinois for four years before being drafted by the U.S. Navy. Following his service in the U.S. Navy, Mr. Olafson worked in the construction industry for over 35 years. It is my understanding that Mr. Olafson continued to work as a Floor Manager at Ace Hardware following the accident until he was demoted to a Part-Time Associate in early May 2003.[1] Following his accident, the hours that Mr. Olafson was able to work continually diminished until he resigned from Ace Hardware at the end of February 2004. Mr. Olafson is married and currently resides with his wife in Plainfield, IL.

A copy of my curriculum vita is provided as Appendix A to this report. I am being compensated at a rate of $225 per hour for this work. Research assistants working under my direction are compensated at a rate of $75 per hour. The documents and other data that I have relied on in my analysis have been included as Appendix B to this report.

The purpose of this report is to present my computation of the economic losses suffered by Mr. Olafson, which represent his loss of earnings capacity that resulted from the injuries he sustained on October 14, 2002. Based on my review and analysis described below and as shown in Table 1, I have determined that Mr. Olafson has suffered a loss in earnings capacity of $433,965, on a present value basis. The computation of economic loss includes the following components:

- Lost wages
- Lost fringe benefits
- Lost household services
- Work-life and tax offsets
- Discounting all future losses to a present value as of July 1, 2005

---

[1] Although Mr. Olafson states in his deposition that his demotion took place in April 2003, Mr. Olafson's letter dated June 3, 2005 included a paycheck statement dated May 2, 2003 that indicated his demotion took place following May 2, 2003. As will be discussed later in this report, Mr. Olafson lost his dental benefits following his demotion and the paycheck statement dated May 2, 2003 is the last one to include deductions for dental benefits. For purposes of this report, I have assumed Mr. Olafson's position as a Part-Time Associate occurred from May 3, 2003 until his resignation in 2004.

The computation of Mr. Olafson's losses proceeds first by analyzing the situation known as the "but for" case which examines Mr. Olafson's earnings capacity had he not been injured. This case is then compared with his actual or residual earnings capacity, reflecting what he may now be able to earn given his medical condition. In addition, Mr. Olafson is no longer able to provide certain household services, which is included in the computation of economic losses. The difference between the present values of Mr. Olafson's "but for" earnings capacity and his residual earnings capacity when added to Mr. Olafson's present value loss of household services is the measure of his lost earnings capacity.

In preparing this report, I have reviewed various materials provided to me by counsel in this case. These include Mr. Olafson's deposition taken on January 4, 2005, Mr. Olafson's 2000 - 2004 tax returns and W-2s, various Ace Hardware paycheck statements, a letter from Mr. Olafson signed June 3, 2005, and a telephone call I had with Mr. Olafson on June 6, 2005. I have also reviewed publicly available information on legally mandated fringe benefits, life expectancy, minimum wage rates in the state of Illinois, effective tax rates, interest rates, and inflation. The remaining sections of the report explain the methods and data sources used in computing each of the various components of Mr. Olafson's lost earnings capacity. Various tables and data are included with the report which provide the computations of lost earnings capacity.

**But For Earnings Capacity**

In order to determine the lost earnings capacity of Robert Olafson, it is first necessary to compute the present value of his earnings capacity had he not been injured which is commonly known as his "but for" earnings capacity. Had he not been injured, Mr. Olafson would have continued to work as a Floor Manager with Ace Hardware until the end of 2015. This is based on information contained in Mr. Olafson's deposition where he states his intention to work until his death because "he couldn't handle retirement" and he had "to keep busy."[2] Based on the most recent data available, Mr. Olafson's life expectancy at age 72 in the year 2005 is 12 years. That is, Mr. Olafson is expected to live until 2017 or 84 years of age.[3] However, to account for the possibility that Mr. Olafson may develop a debilitating disease or decide to curtail his work activity, I have assumed Mr. Olafson would have continued to work only until the end of 2015.

I have examined Mr. Olafson's wage data provided to me by counsel. Based on a paycheck statement dated October 18, 2002, Mr. Olafson's year-to-date earnings prior to the accident on October 14, 2002 were $22,478.[4]  I have based Mr. Olafson's "but for" wage level on his pre-injury 2002 annualized earnings. I have calculated Mr. Olafson's 2002 pre-injury annualized earnings as $28,587. I have applied a zero real (inflation adjusted) growth rate to Mr. Olafson's future wages reflecting the fact that in the future his wage would have increased at the same rate as the overall rate of inflation.[5]

---

[2] See, Deposition of Robert Olafson, United States District Court For the District of Massachusetts Docket No: 04 10158MLW, p. 30, lines 16 - 17.

[3] Based on data contained in the United States Department of Health and Human Services, Centers for Disease Control and Prevention, "National Vital Statistics Reports, United States Life Tables 2002," Table 5, Volume 53, Number 6. White Males 2002, Published November 10, 2004. These data can be found in Appendix B.

[4] Buikema Ace is the parent company of Ace Hardware.

[5] All calculations are performed in "real" dollar terms, and thus have been adjusted for the impact of inflation.

In addition to his wages, there is a second component of earnings capacity that must be computed which is fringe benefits. Fringe benefits include various facets of compensation including social security, workers' compensation, unemployment insurance, health insurance, retirement and savings plans. Fringe benefits are included as part of an individual's earnings capacity for several reasons. First, when evaluating the earnings capacity of an individual, employers and others include fringe benefits as part of total compensation. Employers do not provide fringe benefits as a matter of charity, rather it is done because of market demands, and fringe benefits are an important part of an employee's compensation necessary to attract and retain workers. Second, if a worker is unable to continue working or can only work part-time, that employee must provide (and pay for) his own fringe benefits, such as health insurance. This is a cost to the worker that would not otherwise exist and must be reflected in a lost earnings calculation. Finally, fringe benefits and wages are often viewed as interchangeable. For example, some employers may pay less in salary but do provide life insurance to their employers, whereas other employers may pay a higher wage but do not provide life insurance. Given this interchangeability, fringe benefits must be considered part of a worker's total compensation and earnings capacity.

It is my understanding that Mr. Olafson's fringe benefit package as a Floor Manager included legally mandated fringe benefits, dental benefits, and a 401K plan.[6] Based on my telephone conversation with Mr. Olafson, he indicated that he did not receive any dental benefits or enroll in a 401K plan until January 1, 2003. As such, only legally mandated fringe benefits are included in Mr. Olafson's "but for" earnings capacity in 2002. I have computed Mr. Olafson's legally mandated fringe benefits as a percentage of wages that workers in the Private Retail Trade Industry would typically receive.[7] The wage data I have relied upon to calculate these benefits already include paid leave and supplemental pay; therefore I have subtracted these from the legally mandated fringe benefit computation. These legally mandated fringe benefits are equal to 11.67 percent of his 2002 wages and 12.03 percent of his 2003 wages. For 2004 and beyond, I applied the 1994 – 2003 average of legally mandated benefits that workers in the Private Retail Industry typically received, which equals 12.23 percent of wages. Based on data provided to me by Mr. Olafson, his annual dental benefits were equal to approximately $1,680. My telephone conversation with Mr. Olafson also revealed that Mr. Olafson's 401K plan included a 5 percent employer match. I have calculated Mr. Olafson's fringe benefits in 2003 and beyond to equal 23.11 percent of his wages. Table 2 details my calculation of Mr. Olafson's "but for" fringe benefits.

To allow for the possibility of unemployment, the "but for" earnings capacity figures must be adjusted by the probability of this event happening. The probability of employment is the percentage of persons in the labor force who are actually working and is equivalent to one minus the unemployment rate. I have relied upon employment data that takes into account age

---

[6] Legally mandated fringe benefits are the job-related fringe benefits for which employers must make payments under mandate of law. They include employer payments for Medicare and Social Security, unemployment and workers compensation.

[7] Source: United States Department of Labor, Bureau of Labor Statistics, "Employee Costs for Employee Compensation," http://data.bls.gov/PDQ/outside.jsp?survey=cc

and educational attainment.[8] The employment offset that I have applied in 2002, 2003, and 2004 is the probability of employment for males age 70 – 74 with some college education. For 2005 and beyond, I have applied the 1995 – 2004 average probability of employment for males age 70 – 74 with some college education.

Mr. Olafson's "but for" earnings capacity must also be reduced to account for the effect of income taxes. Mr. Olafson would have been required to pay taxes on the income he would have earned had he not been injured. I have applied an effective tax rate that corresponds to the income level that Mr. Olafson would have achieved over the course of his remaining life. The tax rates used in this report are from tax tables published by the U.S. Internal Revenue Service.[9]

Finally, Mr. Olafson's earnings capacity, which reflects a stream of future payments, must be adjusted to its equivalent monetary value today to account for the opportunity of investing that money. Such a calculation recognizes that the recipient of an award today will be able to invest that award and earn interest up to the date when the loss would have actually occurred. One must also consider the fact that when computing the present value of Mr. Olafson's future losses, the recipient would pay taxes on the interest component of the award, not the lump sum itself. Therefore, the lump sum must be adjusted upward to account for the tax that will be paid in the future on the interest earned on the award. To account for this, I have applied a 2.5 percent after-tax real rate of interest. My estimate of Mr. Olafson's "but for" earnings capacity is $385,131 and is shown in Table 1.

## Residual Earnings Capacity

Mr. Olafson's residual earnings capacity reflects his actual post-injury earnings capacity. Following the accident on October 14, 2002, Mr. Olafson continued to work at Ace Hardware, at significantly reduced hours, until his resignation at the end of February 2004. Mr. Olafson was demoted from Floor Manager to Part-Time Associate in early May 2003. Mr. Olafson stated in his deposition that he resigned because he could no longer walk or stand. There is no indication given Mr. Olafson's current medical condition that he could rejoin the workforce. As mentioned in his deposition, Mr. Olafson is currently using a cane for walking assistance and attends physical therapy sessions twice a week. In addition, Mr. Olafson continues to have difficulty with lifting objects and in fact one of his doctors, Dr. Richard Byrne, placed limitations on what Mr. Olafson could lift.[10]

Based on earnings and wage data provided to me by counsel, Mr. Olafson earned $3,083 following the accident in 2002, $9,909 in 2003, and $560 in 2004. Mr. Olafson's post-injury earnings in 2002 were calculated as the difference between his actual 2002 total earnings of $25,561 and his year-to-date earnings on October 14, 2002 of $22,478. In 2003, Mr. Olafson earned $7,438 prior to his demotion in early May 2003.[11] Mr. Olafson's 2003 earnings as a Part-

---

[8] U.S. Census Bureau, Current Population Survey, Various Years;

http://www.census.gov/hhes/www/disability/disabcps.html

[9] Source: IRS, Statistics of Income Winter 2004-2005 Bulletin, Publication 1136.

http://www.irs.gov/pub/irs-soi/03in03al.xls

[10] See, Deposition of Robert Olafson, United States District Court For the District of Massachusetts Docket No: 04 10158MLW, p. 142, lines 5 - 21.

[11] Based on Mr. Olafson's paycheck statement dated May 2, 2003.

Time Associate (May 2003 – Dec 2003) were \$2,471.[12] Finally, Mr. Olafson earned \$560 prior to his resignation in 2004.

Mr. Olafson continued to receive certain fringe benefits for as long as he worked at Ace Hardware. Following his demotion, however, Mr. Olafson lost his dental benefits but continued to receive legally mandated fringe benefits and be enrolled in a 401K. All data and data sources used in calculating Mr. Olafson's "but for" fringe benefits were used to calculate his residual fringe benefits. I employed the same methodology as in the "but for" scenario to calculate Mr. Olafson's legally mandated fringe benefits. Mr. Olafson's fringe benefits in 2002 included only legally mandated fringe benefits and were equal to 11.67 percent of his wages. Mr. Olafson's 2003 fringe benefits were equal to a weighted average, reflecting the benefits earned as a Floor Manager and as a Part-Time Associate, of 19.55 percent of his wages. Finally, Mr. Olafson's 2004 fringe benefits included legally mandated fringe benefits and his 401K and were equal to 17.23 percent of his wages. Table 2 details my calculation of Mr. Olafson's "residual" fringe benefits.

As with his "but for" earnings capacity, Mr. Olafson's residual earnings capacity must be adjusted for the possibility of unemployment. Since Mr. Olafson was employed in each year from 2002 – 2004, there is no offset for the possibility of unemployment in his residual earnings capacity.

Mr. Olafson's residual earnings capacity must also be adjusted for the effect of taxes, since the income he would earn post-injury would be subject to taxes. I have applied an effective tax rate that corresponds to the income level that Mr. Olafson earned post-injury. The tax rates used in Mr. Olafson's residual earnings capacity are from the same tax tables published by the U.S. Internal Revenue Service that are used in Mr. Olafson's "but for" earnings capacity. Finally, I used the same after-tax discount rate as that used in Mr. Olafson's "but for" earnings capacity. My estimate of Mr. Olafson's residual earnings capacity is \$15,486 and is shown in Table 1.

## Household Services

The lost value of household services is another component of Mr. Olafson's lost earnings capacity. This is the value of services provided by Mr. Olafson around his home that he is no longer able to provide. Based on his deposition and his letter dated June 3, 2005, I have estimated that Mr. Olafson no longer provides 856 hours of household help per year.[13] I have valued these lost hours at the minimum wage for those working in the state of Illinois. As shown in Table 1, I have computed the present value of Mr. Olafson's lost value of household services using the same discount rate as was done for the "but for" and residual earnings capacities. I have estimated Mr. Olafson's present value loss of household services to be equal to \$64,319.

---

[12] Calculated as the difference between Mr. Olafson's actual 2003 total earnings of \$9,909 and his earnings as a Floor Manager in 2003 of \$7,438.

[13] Table 3 shows the estimate of Mr. Olafson's lost household services.

**Conclusion**

Based on my review of all materials provided to me in this case and publicly available data, I have concluded that Mr. Olafson has suffered lost earnings capacity as follows:

| | |
|---|---|
| Present Value of "But For" Earnings | $385,131 |
| Present Value of "Residual" Earnings | $ 15,486 |
| | $369,646 |

Present Value Loss of Household Services   $ 64,319

**TOTAL**   **$433,965**

Finally, I reserve the right to supplement this report should further information or data become available.

Peter K. Ashton

July 22, 2005

## Table 1: Present Value of Robert Olafson's Lost Earnings Capacity

**But For Earnings Capacity - Robert Olafson**

| Period | Year | Age | Wages 0% | Fringe Benefits | Sum of Income & Benefits | Income Tax Factor | *E Factor | Net Earnings | Discount Factor 2.5% | Present Value | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -3 | 2002 | 69 | $ 6,109 | $713 | $6,822 | 0.931 | 0.988 | $6,323 | 1.000 | $6,323 | $6,323 |
| -2 | 2003 | 70 | $ 28,587 | $6,548 | $35,135 | 0.934 | 0.918 | $30,522 | 1.000 | $30,522 | $36,845 |
| -1 | 2004 | 71 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.976 | $32,507 | 1.000 | $32,507 | $69,353 |
| 0 | 2005 | 72 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 1.000 | $32,381 | $101,733 |
| 1 | 2006 | 73 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.976 | $31,591 | $133,324 |
| 2 | 2007 | 74 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.952 | $30,820 | $164,145 |
| 3 | 2008 | 75 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.929 | $30,069 | $194,213 |
| 4 | 2009 | 76 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.906 | $29,335 | $223,549 |
| 5 | 2010 | 77 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.884 | $28,620 | $252,169 |
| 6 | 2011 | 78 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.862 | $27,922 | $280,090 |
| 7 | 2012 | 79 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.841 | $27,241 | $307,331 |
| 8 | 2013 | 80 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.821 | $26,576 | $333,908 |
| 9 | 2014 | 81 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.801 | $25,928 | $359,836 |
| 10 | 2015 | 82 | $ 28,587 | $6,606 | $35,193 | 0.934 | 0.972 | $32,381 | 0.781 | $25,296 | $385,131 |

**Lost Earnings Capacity =        $433,965**

**Residual Earnings Capacity - Robert Olafson**

| Period | Year | Age | Wages 0% | Fringe Benefits | Sum of Income & Benefits | Income Tax Factor | *E Factor | Net Earnings | Discount Factor 2.5% | Present Value | Cumulative | Loss of Household Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -3 | 2002 | 69 | $ 3,083 | $360 | $3,443 | 0.931 | 1.000 | $3,230 | 1.000 | $3,230 | $3,230 | $942 |
| -2 | 2003 | 70 | $ 9,909 | $1,937 | $11,847 | 0.975 | 1.000 | $11,599 | 1.000 | $11,599 | $14,829 | $4,408 |
| -1 | 2004 | 71 | $ 560 | $96 | $656 | 1.000 | 1.000 | $656 | 1.000 | $656 | $15,486 | $4,708 |
| 0 | 2005 | 72 | $ - | $0 | $0 | 1.000 | | $0 | 1.000 | $0 | $15,486 | $5,564 |
| 1 | 2006 | 73 | $ - | $0 | $0 | 1.000 | | $0 | 0.976 | $0 | $15,486 | $5,428 |
| 2 | 2007 | 74 | $ - | $0 | $0 | 1.000 | | $0 | 0.952 | $0 | $15,486 | $5,296 |
| 3 | 2008 | 75 | $ - | $0 | $0 | 1.000 | | $0 | 0.929 | $0 | $15,486 | $5,167 |
| 4 | 2009 | 76 | $ - | $0 | $0 | 1.000 | | $0 | 0.906 | $0 | $15,486 | $5,041 |
| 5 | 2010 | 77 | $ - | $0 | $0 | 1.000 | | $0 | 0.884 | $0 | $15,486 | $4,918 |
| 6 | 2011 | 78 | $ - | $0 | $0 | 1.000 | | $0 | 0.862 | $0 | $15,486 | $4,798 |
| 7 | 2012 | 79 | $ - | $0 | $0 | 1.000 | | $0 | 0.841 | $0 | $15,486 | $4,681 |
| 8 | 2013 | 80 | $ - | $0 | $0 | 1.000 | | $0 | 0.821 | $0 | $15,486 | $4,567 |
| 9 | 2014 | 81 | $ - | $0 | $0 | 1.000 | | $0 | 0.801 | $0 | $15,486 | $4,455 |
| 10 | 2015 | 82 | $ - | $0 | $0 | 1.000 | | $0 | 0.781 | $0 | $15,486 | ,347 |
| | | | | | | | | | | | | $64,319 |

* E Factor refers to the probability of employment for males age 70 - 74 with some college education. The probability of employment is the percentage of persons in the labor force who are actually working and is equivalent to one minus the unemployment rate.

7

## Table 2: But For & Residual Fringe Benefit Calculation

**But For Fringe Benefits**

| Component | Amount | % of Annual Wage | Source |
|---|---|---|---|
| Annualized Wage | $28,587 | - | Annualized 2002 Earnings |
| Dental Benefit | $1,680 | | 5.88% | Olafson Letter - June 3, 2005 |
| 401K Deduction on two paystubs / Exhibits in Olafson letter = 10% of Wage | - | | Olafson Letter - June 3, 2005 |
| 401K Fringe Benefit = 5% Employee Match | $1,429 | | 5.00% | Olafson Telephone Call - June 6, 2005 |
| Legally Mandated Benefits: 2002 | $3,335 | 11.67% | BLS |
| Legally Mandated Benefits: 2003 | $3,438 | 12.03% | BLS |
| Legally Mandated Benefits: 1994 - 2003 Avg; Used for 2004 & Beyond | $3,497 | 12.23% | BLS |
| Total Benefits as % of Wage: 2003 | 22.90% | | 22.90% | IIC Calculation |
| Total Benefits as % of Wage: 2004 & Beyond | 23.11% | | 23.11% | IIC Calculation |

**Residual Fringe Benefits Jan 1, 2003 - May 2, 2003**

| Component | Amount | % of Annual Wage | Source |
|---|---|---|---|
| Annualized Wage Up Until Demotion - May 2, 2003 | $22,254 | | Annualized Jan - May 2, 2003 Earnings |
| Dental Benefit- based on annual amount | $1,680 | | 7.55% | Olafson Letter - June 3, 2005 |
| Dental Benefit- Thru May 2, 2003 | $592 | | 7.55% | IIC Calculation |
| Actual Wage Until May 2, 2003 | $7,438 | | Olafson Letter - June 3, 2005 |
| 401K Deduction on two paystubs / Exhibits in Olafson letter = 10% of Wage | - | | Olafson Letter - June 3, 2005 |
| 401K Fringe Benefit thru May 2, 2003 = 5% Employee Match | $372 | | 5.00% | Olafson Telephone Call - June 6, 2005 |
| Legally Mandated Benefits Thru May 2, 2003 | $895 | 12.03% | BLS |
| Total Benefits as % of Wage | 24.58% | | 24.58% | IIC Calculation |

Jan 1, 2003 - May 2, 2003 = 33.42%

**Residual Fringe Benefits May 3, 2003 -Dec 31, 2003**

| Component | Amount | % of Annual Wage | Source |
|---|---|---|---|
| Actual Wage May 3, 2003 -Dec 31, 2003 | $2,471 | | |
| 401K Deduction on two paystubs / Exhibits in Olafson letter = 10% of Wage | - | | Olafson Letter - June 3, 2005 |
| 401K Fringe Benefit May 3, 2003 - Dec 31, 2003 = 5% Employee Match | $124 | | 5.00% | Olafson Conference Call - June 6, 2005 |
| Legally Mandated Benefits May 3, 2003 - Dec 31, 2003 | $297 | 12.03% | BLS |
| Total Benefits as % of Wage | 17.03% | | 17.03% | IIC Calculation |

May 3, 2003 - Dec 31, 2003 = 66.58%

**Weighted Average Residual Fringe Benefits 2003**

| | % of Annual Wage |
|---|---|
| Total Benefits as % of Wage | 19.55% |

**Residual Fringe Benefits 2004**

| Component | Amount | % of Annual Wage | Source |
|---|---|---|---|
| Actual Wage 2004 | $560 | | |
| 401K Deduction on two paystubs / Exhibits in Olafson letter = 10% of Wage | - | | Olafson Letter - June 3, 2005 |
| 401K Fringe Benefit 2004 = 5% Employee Match | $28 | | 5.00% | Olafson Conference Call - June 6, 2005 |
| Legally Mandated Benefits 2004 | $68 | | 12.23% | BLS Cell O70 |
| Total Benefits | $96 | | |
| Total Benefits as % of Wage | 17.23% | | 17.23% | IIC Calculation |

**Fringe Benefits - Retail Trade Industry, Private Industry; Source: U.S. Department of Labor, Bureau of Labor Statistics.**

| | Total Comp. | Wages | Wages incl. Paid Leave & Suppl. Pay | Paid leave | Suppl. Pay | Legally Required Benefits |
|---|---|---|---|---|---|---|
| 1994 | $9.17 | $7.14 | $7.65 | $0.37 | $0.14 | $1.01 |
| 1995 | $9.32 | $7.30 | $7.80 | $0.35 | $0.15 | $1.01 |
| 1996 | $9.54 | $7.50 | $8.01 | $0.35 | $0.16 | $1.00 |
| 1997 | $9.92 | $7.81 | $8.36 | $0.37 | $0.18 | $1.03 |
| 1998 | $10.33 | $8.17 | $8.73 | $0.38 | $0.18 | $1.07 |

8

**Table 3: Household Services Calculation**
Source: Robert Olafson Letter, June 3, 2005 & Robert Olafson Deposition

| Services: | Pre-Injury Hours Per Week | Pre-Injury Hours - Frequency | Pre-Injury Annual Hours | Post-Injury Annual Hours |
|---|---|---|---|---|
| **Outdoor Services:** | | | | |
| Gardening | 3 | Seasonal | 93 | 0 |
| Washing Windows | 1 | Seasonal | 31 | 0 |
| Misc. Paint and repair house | 2 | Seasonal | 62 | 0 |
| Seal court driveway | 6 | Per Season | 6 | 0 |
| Erect Christmas, Halloween, and various seasonal decorations | 40 | Per Season | 40 | 0 |
| **Indoor Services:** | | | | |
| Vacuum and clean floors | 2 | All Year | 104 | 0 |
| Misc. cleaning, dusting, and scrubbing floors | 4 | All Year | 208 | 0 |
| Misc. painting, touch up, and general household upkeep | 4 | All Year | 208 | 0 |
| Garbage Removal, sak blocks, general repairs | 2 | All Year | 104 | 0 |
| **Total Annual Hours:** | | | 856 | **0** |
| Loss of Annual Imputed Hours Post-Injury and Beyond: | | | 100.00% | |
| **Loss of Annual Imputed Hours for 2002:** | | | | **183** |
| **Loss of Annual Imputed Hours for 2003 and Beyond:** | | | | **856** |
| **State of Illinois Minimum Wage:** | | | | |
| 2002 : $5.15 per hour | | | | |
| 2003: $5.15 per hour | | | | |
| 2004: $5.50 per hour | | | | |
| 2005 & Beyond: $6.50 per hour | | | | |
| **Value of Lost Household Services:** | | | | |
| Value of Lost Household Services, 2002: | | | $942.07 | |
| Value of Lost Household Services, 2003: | | | $4,408.40 | |
| Value of Lost Household Services, 2004: | | | $4,708.00 | |
| Value of Lost Household Services, 2005 - 2017: | | | $5,564.00 | |

*Total Pre-Injury Hours based on information obtained from Mr. Olafson
* Seasonal: April - October; = 31 weeks
* Per Season = Once a year

9

# Appendix A

# Curriculum Vita of Peter K. Ashton

# Peter K. Ashton

Peter K. Ashton is a founder of Innovation & Information Consultants, Inc. and serves as its president. Prior to founding Innovation & Information Consultants, Inc., Mr. Ashton was a senior consultant with Putnam, Hayes & Bartlett, Inc. and Charles River Associates Incorporated. He has directed major consulting projects for private clients as well as in the public sector. Mr. Ashton's primary fields of expertise are antitrust and regulatory analyses, valuation, energy economics, and labor market studies. A sample of Mr. Ashton's recent work includes the following:

## Expert Testimony and Litigation Support

- Mr. Ashton prepared an expert report and testimony on the market value of crude oil produced on federal lands in the United States over the period 1988-1998. He compiled a large database of crude oil transactions that formed the basis for the computation of the arm's length prices for crude oils produced in the Louisiana Gulf, Texas, the Rocky Mountain area and the West Coast. As part of the work he analyzed rates on various crude oil pipelines in each of the affected regions.

  - Mr. Ashton provided expert analysis relating to the pricing of gasoline in California and other West Coast markets. He performed various analyses of the relevant markets, pricing trends, reviewed relevant company and third party documents, and assisted counsel in development of the theory of the case. He also assisted other experts in analysis of price and supply data.

- He has prepared expert reports and testified on numerous occasions in cases involving the computation of lost earnings, lost profits, and other economic losses associated with wrongful death, personal injury and wrongful termination claims. Mr. Ashton has also developed various models of earnings capacity in different professions and has performed studies of comparative earnings growth in a variety of professions.

- He provided testimony in several oil pipeline rate cases before the Federal Energy Regulatory Commission (FERC) on behalf of various shippers. Mr. Ashton developed a cost of service model to show that in recent years several pipelines had been charging rates far in excess of an appropriately calculated cost of service. He analyzed the relative business and financial risks of these pipelines to show that in the future, these pipelines face minimal risk from competing pipelines, and that their rates should reflect this fact. In one matter he developed a stand alone cost model to evaluate the rates of a single pipeline.

- Mr. Ashton provided expert testimony defining the relevant product and geographic markets for window shade products and also analyzed claims that a distributor and retailer of such products had been charged anticompetitive prices and had been unfairly harmed as a result of violations of California's state antitrust laws.   He also developed damage estimates to indicate the dollar value of the harm suffered by the retailer/distributor.

- He provided expert testimony on the damages suffered by the owner of a marina as a result of a gasoline spill. Mr. Ashton's testimony focused on various economic losses including lost profits, loss of goodwill and business interruption losses as well as the general economic conditions facing relevant marina owners at that time.

- Reviewed and analyzed the rates filed by various pipeline companies in several matters before FERC. He has analyzed the cost of service computations of these companies, evaluated rates in comparison with competing carriers, and assessed the impact that rates have on shippers. He has evaluated the market and business environment of pipelines to ascertain the relative riskiness in which such pipelines operate and he has developed financial measures relating to the operating performance of such pipelines.

- Prepared expert testimony before the Maine Public Utilities Commission regarding the ability of a regulated transportation company to set predatory (below-cost) rates in an unregulated business through cross-subsidization.   Analyzed the extent to which the regulated utility had market power in the unregulated industry and whether its decision to add additional capacity in the regulated industry would allow it to unfairly expand its business in the unregulated sector.

- Prepared expert testimony before FERC and the California Public Utilities Commission on the filings of several newly-regulated common carrier pipeline companies in California. Mr. Ashton assessed the degree to which the pipeline companies may have been able to exercise market power in setting their rates and compared the carriers' rates to the rates of existing alternative non-regulated carriers and other modes of transportation. Analyzed the rates and critiqued the rate-making methods used by the various pipeline companies.

**Public Policy and Tax Issues**

- Mr. Ashton has performed a detailed analysis of the impacts of deepwater royalty relief on leasing, exploration and production in the Gulf of Mexico. This study involved the use of econometric models of leasing behavior that analyzed the impacts of competition, royalty relief, changes in technology, movements in oil and gas prices and numerous other factors on lease bonus bids and the number of leases sold. Mr. Ashton also projected future impacts of various royalty relief scenarios on royalty and lease bonus revenue as well as impacts on

future exploration, development and production of oil and gas resources in the Gulf of Mexico.

- For the U.S. Small Business Administration, Mr. Ashton directed a study that examined the differential impact of the trend toward electronic commerce and procurement by the federal government. The study concluded that small firms generally are less effective in taking advantage of e-business and e-procurement tools, although small firms are making improvements in their ability to attract business via the web.

- He directed a major study of the transfer pricing program of a major Fortune 500 company and developed alternative benchmarks for determining appropriate transfer prices consistent with Section 482 of the Internal Revenue code. He also analyzed various cost sharing agreements maintained by the company for the allocation of R&D expenses, and the provision of various services provided to foreign subsidiaries.

- Mr. Ashton directed a study to develop a comprehensive model of the exploration, development and production process of oil and gas resources in the Gulf of Mexico for the Minerals Management Service (MMS). He has developed the economic module that models decision-making behavior with regard to the decision to bring on new resources and determine when it is economic to begin producing from these fields.

- He analyzed the fair market value of the worldwide assets of a major multinational company for purposes of determining an appropriate method and basis for allocating interest expense under Section 861 of the IRS regulations. Mr. Ashton has provided expert advice on this issue in several matters, pointing out the need for consistency with the relevant regulations and use of appropriate valuation methods.

- Analyzed the extent to which certain insurance companies were able to pass on an uncon-stitutional tax to their customers. Mr. Ashton assessed potential market share impacts and the regulatory framework that permitted cost-plus pricing to determine the extent of pass-on. He also utilized tax incidence analysis and econometric studies to derive preliminary estimates of the extent of passthrough of the tax.

- Prepared expert analyses computing an arm's length royalty consistent with Section 482 of the IRS regulations for various intangible assets transferred under a licensing agreement between a domestic parent and a foreign subsidiary. The work involved estimating the value of the technology being transferred and determination of an appropriate royalty rate.

- Assisted in the evaluation of a proposed transfer pricing methodology (TPM) for purposes of negotiating an advanced pricing agreement with the Internal Revenue Service. Mr. Ashton

analyzed and critiqued the TPM, and recommended various alternative approaches consistent with the new Section 482 regulation.

- Analyzed the impact of various tax expenditure programs on small and large firms. Mr. Ashton utilized detailed data from the Treasury to assess the impact on effective tax rates of various programs such as foreign tax credits, low income housing credit, accelerated depreciation, and the business means and entertainment tax deduction.

## Business Strategy Studies

- For an oil producer, Mr. Ashton evaluated a proposed sliding scale royalty agreement that was pegged to future oil prices. Mr. Ashton analyzed the most likely royalty payment under the proposed scheme given information on projections of crude oil prices, inflation and production costs over the next ten years. He analyzed alternatives to the proposed royalty schedule and quantified the effect of these alternatives on the estimated royalty payments.

- Assisted a major computer manufacturer develop and implement a strategic plan for marketing its computer technology to law firms and other legal entities. This assignment involved developing an overall understanding of the legal marketplace and the demand for automated litigation support equipment as well as planning a strategy to assist in properly positioning the company's products.

- Conducted a detailed study of the business strategies of the leading manufacturers in the motorcycle marketplace to test various hypotheses regarding the dramatic shift in market structure that occurred during the 1980s. Mr. Ashton analyzed trends in market growth, the effects of various government policies, and the effects of various macroeconomic effects on the changes in industry structure.

- Analyzed the fair market value of a large, privately-held corporation with principal operations overseas. Involved assessing the relationship between the host government and the corporation, and providing an estimate of the relative political and environmental stability of conducting business in that country, and its impact on the company's market value.

Mr. Ashton received an A.B. degree in Economics and Political Science from Colby College (*magna cum laude* and *Phi Beta Kappa*) in 1976, and received an M.I.A. degree in International Economics and Business from the School of International Affairs at Columbia University in 1978. Mr. Ashton is a member of the American Economic Association and the Southern Economic Association.

**Publications and Speeches (Last 10 Years)**

*Implementation of a Price Sensitive Sliding Scale Royalty for State Oil and Gas Leases*, prepared for the California State Lands Commission, May 1995.

*Impact of Electronic Data Interchange Technology on Small Business*, U.S. Small Business Administration, July 1995.

*Crude Oil Marketing*, prepared for Minerals Management Service, Valuation and Standards Division, July 1997.

"Financial and Economic Indicators of Local Tax Burdens and Incentives to Invest in Various Localities," November 2000.

"Recent Volatility in Gasoline Prices: Is it the Market or the Marketers?" May 2002.

"Cost Sharing Regulations Embodied in the IRS Section 482 Transfer-Pricing Regulations: Recent Experience and Lessons Learned," Internal Revenue Service, CPE Seminars, August 2002.

*Modeling Exploration, Development and Production in the Gulf of Mexico,* U.S. Department of Interior, Minerals Management Service, Environmental Studies Program, Herndon, VA, OCS Study MMS 2—4-018, March 2004.

*The Impact of Tax Expenditure Policies on Incorporated Small Businesses*, with Justin White, U.S. Small Business Administration, Office of Advocacy, Washington, D.C., April 2004.

*Trends in Electronic Procurement and E-Commerce and Their Impact on Small Business,* with Mary Ann Buescher, U.S. Small Business Administration, Office of Advocacy, Washington, D.C., June 2004.

**Testimony (Last 10 Years)**

*Implementation of a Price Sensitive Sliding Scale Royalty for State Oil and Gas Leases*, Testimony before the California State Lands Commission, May 1995.

*Application of Pacific Pipeline System, Inc.*, Prepared written testimony before the California Public Utilities Commission, May 1995. Work performed on behalf of Wright and Talisman, San Francisco, California.

*Farmland Industries, Inc. v. Commissioner of Internal Revenue*, Docket No. 11881-93, Written and live testimony, May and June 1995. Work performed on behalf of U.S. Internal Revenue Service, Kansas City, Missouri.

*Nick C. Rini v. Robert N. Goldman*, Docket No. 94-11367-PBS, Deposition and live testimony, February 1996. Work performed on behalf of Welte & Welte, Camden, Maine.

*Union Oil Company of California v. Pioneer Oil and Gas et al.,* Case No. SM92229, Deposition testimony, October 1996; Live testimony, January 1997. Work performed on behalf of McMahon & Spiegel, Los Angeles, CA.

*Blind Design, Inc. v. Hunter Douglas, Inc. et al.,* Case No. 686230, Deposition testimony, February 1997. Work performed on behalf of Sheppard, Mullin, Richter & Hampton, San Diego, CA.

*In the Matter of Beacon Oil Company*, Contract No. DE-SC01-79-RA-32028, Deposition testimony, February 1997; trial testimony, March 1997. Work performed on behalf of the U.S. Department of Energy.

*Brenda Reeves v. George Anderson et al.,* Case No. CV-95-506, Deposition testimony February 1997. Work performed on behalf of Platz & Thompson, Lewiston, ME.

*State of Texas, et al. v. Amoco Production Co. et al.*, No. 95-08680, Deposition testimony, April 1997. Work performed on behalf of Susman Godfrey, L.L.P.

*Timothy Morse v. Frozen at Sea Partners, III et al.,* Docket No. 96-361-P-H, Deposition testimony, September 1997. Work performed on behalf of Welte & Welte, Camden, ME.

*Execu-Tech Business Systems Inc., et al. v. Appleton Papers Inc., et al.,* Case No. 96-9639, CACE 05, Deposition testimony, September 1997; trial testimony, November-December 1997. Work performed on behalf of Heins, Mills & Olsen, Minneapolis, MN.

*Olde Port Mariner Fleet, Inc. Complaint re Casco Bay Island Transit District's Tour and Charter Service*, Docket No. 98-161, prepared written direct and rebuttal testimony before the Maine Public Utilities Commission, July and September 1998. Oral testimony, October 1998. Work performed on behalf of Edward F. Bradley, Jr., Portland, ME.

*SouthPort Marine v. Boston Towing & Transport and Gulf Oil Corp.*, deposition and trial testimony, April 1999, work performed on behalf of Welte & Welte, Camden, ME and Flanagan & Hunter, Boston, MA.

*Peter R. Bragdon v. Irving J. Morrison,* Docket No. CV-98-76, deposition testimony, June 1999, work performed on behalf of Platz & Thompson, P.A., Lewiston, ME.

*Northern Utilities, Inc. Petition for Waivers from Chapter 820*, Docket No. 99-254, written testimony filed before the Maine Public Utilities Commission, May 2000. Work performed on behalf of Edward F. Bradley, Jr., Portland, ME.

*United States ex rel. J. Benjamin Johnson, et al. vs. Shell Oil Company, et al.*, Case No. 9:96CV66, expert reports and deposition testimony, February, May, and July 2000. Work performed on behalf of the Justice Department, Civil Division, Washington, D.C.

*Fidelity Oil Co. vs. Shell Western E&P Inc. and Shell Oil Co.,* Case No. DV-98-5817, expert report, June 2001, rebuttal report, December 2001. Work performed on behalf of Crowley, Haughey, Hanson, Toole, & Dietrich, P.L.L.P.

*Big West Oil Co. v. Frontier Pipeline Company and Express Pipeline Partnership* and *Chevron Products Company v. Frontier Pipeline Company and Express Pipeline Partnership*, Docket Nos. OR01-02-002 and OR01-04-001, prepared direct testimony, November 2001. Worked performed on behalf of Goldstein & Associates, Washington, D.C.

*Big West Oil Company v. Anschutz Ranch East Pipeline, Inc. and Express Pipeline Partnership*, and *Chevron Products Company v. Anschutz Ranch East Pipeline, Inc. and Express Pipeline Partnership*, Docket Nos. OR01-03-002 and OR01-05-001, prepared direct testimony, November 2001. Work performed on behalf of Goldstein & Associates, Washington, D.C.

"Gas Prices: How Are They Really Set?" Hearings before the Permanent Subcommittee of Investigations of the Committee on Governmental Affairs, U.S. Senate, May 2, 2002.

*Big West Oil, LLC, Chevron Products Company, and Tesoro Refining and Marketing Company v. Express Pipeline LLC and Platte Pipe Line Company*, Docket No. OR02-5-000; *Big West Oil, LLC, Chevron Products Company, Sinclair Oil Corporation and Tesoro Refining and Marketing Company v Express Pipeline LLC*, Docket No. OR02-8-000; *Big West Oil, LLC, Chevron Products Company, and Tesoro Refining and Marketing Company v. Platte Pipe Line Company*, Docket No. IS02-384-000. Prepared direct and answering testimony, March 27, 2003. Worked performed on behalf of Goldstein & Associates, Washington, D.C.

*Sinclair Oil Corporation v. BP Pipelines (N.A.), Inc.*, Docket No. OR02-6-02; Prepared direct testimony, September 2003; rebuttal testimony, March 2004. Work performed on behalf of Goldstein & Associates, Washington, D.C.

*Public Hearing on Property Tax Classification,* Hearings before Massachusetts Department of Revenue, May 2004, direct testimony on proposed modification to state property tax classification system.

*Marc Leslie and Mary Leslie v. Winslow Marine, Inc.,* Docket No. BATSC-CV-2003-00031; Deposition testimony, February 2005. Work performed on behalf of Tompkins, Clough, Hirshon and Langer, P.A.

# Appendix B

# Supporting Data and Information

# Mr. Olafson Wage History

| Year | Wage | Employer |
|------|------|----------|
| Jan - Oct 13, 2002 | $22,478 | Buikema Enterprises Ltd. |
| **2002 Total** | **$25,561** | **Buikema Enterprises Ltd.** |
| | | |
| 2003 | $9,909 | Buikema Enterprises Ltd. |
| **2003 Total** | **$9,909** | **Buikema Enterprises Ltd.** |
| | | |
| 2004 | $560 | Buikema Enterprises Ltd. |
| **2004 Total** | **$560** | **Buikema Enterprises Ltd.** |

*NOTE* Buikema Enterpises Ltd. is the parent company of Ace Hardware.

# Mr. Olafson But For Earnings Calculation

Jan 1, 2002 - October 14, 2002 =      78.63% of the year 2002
October 15, 2002 - December 31, 2002 =      21.37% of the year 2002

| Year | Wage | Employer |
|------|------|----------|
| **2001 Total** | **$28,684** | Home Depot & Buikema Enterprises Ltd. |
| | | |
| Jan - Oct 14, 2002 | $22,478 | Buikema Enterprises Ltd. |
| Actual 2002 Total Earnings | $25,561 | Buikema Enterprises Ltd. |
| Actual Earnings Following Accident | $3,083 | Buikema Enterprises Ltd. |
| | | |
| Annualized 2002 Earnings based on earnings up until accident | $28,587 | Buikema Enterprises Ltd. |

*NOTE* Buikema Enterpises Ltd. is the parent company of Ace Hardware.

| Control number 160 | | OMB No. 1545-0008 | | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|---|
| Employer identification number 36-4120114 | | | | **1** Wages, tips, other compensation 25561.47 | **2** Federal income tax withheld 832.02 |
| Employer's name, address, and ZIP code BUIKEMA ENTERPRISES LTD 1030 N. WASHINGTON ST NAPERVILLE     IL 60563-2700 | | | | **3** Social security wages 25561.47 | **4** Social security tax withheld 1584.81 |
| | | | | **5** Medicare wages and tips 25561.47 | **6** Medicare tax withheld 370.64 |
| | | | | **7** Social security tips .00 | **8** Allocated tips .00 |
| Employee's social security number 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 | | | | **9** Advance EIC payment .00 | **10** Dependent care benefits .00 |
| Employee's name, address, and ZIP code BERT     D   OLFAFSON 148 S REDBERRY WINFIELD     IL 60544-0000 | | | | **11** Nonqualified plans .00 | **12a** See instructions for box 12 .00 |
| | | | | **13** Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | **12b** .00 |
| | | | | **14** Other .00 .00 .00 | **12c** .00 |
| | | | | | **12d** .00 |
| Employer's state ID number 6-4120114 | **16** State wages, tips, etc. 25561.47 | **17** State income tax 572.75 | **18** Local wages, tips, etc. .00 | **19** Local income tax .00 | **20** Locality name |
| | .00 | .00 | .00 | .00 | |

**W-2** Wage and Tax Statement

**2002**
(Rev. February 2002)

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B).

Safe, accurate, FAST! Use

irs e~file

Department of the Treasury—Internal Revenue Service

Visit the IRS Web Site at www.irs.gov.

| a Control number    143 | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer identification number 36-4120114 | | | 1 Wages, tips, other compensation   9909.39 | 2 Federal income tax withheld   649.39 |
| c Employer's name, address, and ZIP code RUIKEMA ENTERPRISES LTD 1030 N. WASHINGTON STREET   NAPERVILLE   IL 60563 | | | 3 Social security wages   11035.32 | 4 Social security tax withheld   684.19 |
| | | | 5 Medicare wages and tips   11035.32 | 6 Medicare tax withheld   160.01 |
| | | | 7 Social security tips   .00 | 8 Allocated tips   .00 |
| d Employee's social security number 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 | | | 9 Advance EIC payment   .00 | 10 Dependent care benefits   .00 |
| e Employee's name, address, and ZIP code ROBERT   D OLAFSON   13448 S REDBERRY   PLAINFIELD   IL 60544-0000 | | | 11 Nonqualified plans   .00 | 12a See instructions for box 12   1125.85 |
| | | | 13 ☐ Statutory employee  ☐ Retirement plan  ☐ Third-party sick pay | 12b   .00 |
| | | | 14 Other   .00   .00   .00 | 12c   .00 |
| | | | | 12d   .00 |
| 15 State  Employer's state ID number 11  36-4120114 | 16 State wages, tips, etc.   9909.39   .00 | 17 State income tax   341.55   .00 | 18 Local wages, tips, etc.   .00 | 19 Local income tax   .00 | 20 Locality name   .00 |

Form **W-2** Wage and Tax Statement  **2003**  Department of the Treasury—Internal Revenue Service

Safe, accurate,  "e-file"  Visit the IRS Web at
FAST! Use

## 2004 W-2 and EARNINGS SUMMARY

| 4 Social security tax withheld | | | |
|---|---|---|---|
| | | | 34.71 |
| 6 Medicare tax withheld | | | |
| .80 | | | 8.12 |
| ept. | Corp. | Employer use only | |
| 106023 | | T  EIC | 143 |

**This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.**

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 559.80 | Social Security Tax Withheld Box 4 of W-2 | 34.71 | IL State Income Tax Box 17 of W-2 SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | 8.12 | |

, address, and ZIP code

MA ENTERPRISES LD
N WASHINGTON ST
ERVILLE IL 60563-2700

Batch #03105

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 559.80 | 559.80 | 559.80 | 559.80 |
| Reported W-2 Wages | 559.80 | 559.80 | 559.80 | 559.80 |

| mployer's FED ID number 36-4120114 | d Employee's SSA number 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 |
|---|---|
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

f Employee's name, address and ZIP code

OBERT D OLAFSON
3448 S REDBERRY
LAINFIELD,IL 60544

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

| State Employer's state ID no. IL 36-4120114 000 4 | 16 State wages, tips, etc. 559.80 |
|---|---|
| State income tax | 18 Local wages, tips, etc. |
| Local income tax | 20 Locality name |

ROBERT D OLAFSON
13448 S REDBERRY
PLAINFIELD,IL 60544

Social Security Number: 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
Taxable Marital Status: MARRIED

Exemptions/Allowances:
FEDERAL: 4
STATE: 4

fe, accurate,
ST! Use  **e-file**  Visit the IRS Web Site at www.irs.gov.

**Employee Reference Copy**

## W-2 Wage and Tax Statement 2004
OMB No. 1545-0008

© 2004 AUTOMATIC DATA PROCESSING, INC.

— Fold and Detach Here —

| W ips, other comp. 559.80 | 2 Federal income tax withheld 559.80 |
|---|---|
| Social security wages 559.80 | 4 Social security tax withheld 34.71 |
| Medicare wages and tips 559.80 | 6 Medicare tax withheld 8.12 |
| Control Number Dept. 1920 93/MPE 106023 | Corp. Employer use only T  EIC  143 |

Employer's name, address, and ZIP code

BUIKEMA ENTERPRISES LD
1030 N WASHINGTON ST
NAPERVILLE IL 60563-2700

| Employer's FED ID number 36-4120114 | d Employee's SSA number 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 |
|---|---|
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

Employee's name, address and ZIP code

OBERT D OLAFSON
448 S REDBERRY
AINFIELD,IL 60544

| State Employer's state ID no. 6-4120114 000 4 | 16 State wages, tips, etc. |
|---|---|
| come tax | 18 Local wages, tips, etc. |
| .ocal income tax | 20 Locality name |

**Federal Filing Copy**

## W-2 Wage and Tax Statement 2004

| 1 Wages, tips, other comp. 559.80 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 559.80 | 4 Social security tax withheld 34.71 |
| 5 Medicare wages and tips 559.80 | 6 Medicare tax withheld 8.12 |
| a Control Number Dept. 061920 93/MPE 106023 | Corp. Employer use only T  EIC  143 |

e Employer's name, address, and ZIP code

BUIKEMA ENTERPRISES LD
1030 N WASHINGTON ST
NAPERVILLE IL 60563-2700

| b Employer's FED ID number 36-4120114 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

ROBERT D OLAFSON
13448 S REDBERRY
PLAINFIELD,IL 60544

| 15 State Employer's state ID no. IL 36-4120114 000 4 | 16 State wages, tips, etc. 559.80 |
|---|---|
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**IL.State Reference Copy**

## W-2 Wage and Tax Statement 2004

| 1 Wages, tips, other comp. 559.80 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 559.80 | 4 Social security tax withheld 34.71 |
| 5 Medicare wages and tips 559.80 | 6 Medicare tax withheld 8.12 |
| a Control Number Dept. 061920 93/MPE 106023 | Corp. Employer use only T  EIC  143 |

e Employer's name, address, and ZIP code

BUIKEMA ENTERPRISES LD
1030 N WASHINGTON ST
NAPERVILLE IL 60563-2700

| b Employer's FED ID number 36-4120114 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

ROBERT D OLAFSON
13448 S REDBERRY
PLAINFIELD,IL 60544

| 15 State Employer's state ID no. IL 36-4120114 000 4 | 16 State wages, tips, etc. 559.80 |
|---|---|
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**IL.State Filing Copy**

## W-2 Wage and Tax Statement 2004



01920   ROBERT D OLAFSON                350261920              PAYROLL
                                                               CK. # 00040519

| | 80.00 | 1,020.00 | DENTAL FAMILY | 21.6 |
| ME | 2.19 | 41.88 | | |
| ON | 40.00 | 510.00 | | |

| | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|
| 7/02 - 10/10/02 | 1,571.88 | 103.00 | 118.59 | 38.89 | | | 21.6 |
| YEAR-TO-DATE | 22,478.22 | 736.34 | 1684.16 | 500.53 | | | 463.0 |

E#10602    DEPT. #    3                                              1,289.73
EMENT OF EARNINGS AND DEDUCTIONS          DETACH AND RETAIN FOR YOUR RECORDS

**BUKEMA ACE PAYROLL**
1030 N. WASHINGTON STREET
NAPERVILLE, IL 60563

FIRSTAR BANK ILLINOIS    70 477/719
NAPERVILLE IL 60540

10/18/02

ONE THOUSAND TWO HUNDRED EIGHTY NINE AND 73/100 DOLLARS***********1,289.73

CHECK# 0004051

ROBERT D OLAFSON
13448 S REDBERRY

PLAINFIELD        IL 605440000

AUTHORIZED SIGNATURE
VOID AFTER 90 DAYS

⑈040519⑈ ⑆071904779⑆ 417040 830⑈

DEPOSIT TICKET
**THE PATIO TRUST**  01-99        ☑ CASH
13448 S RED BERRY                 70-234/719
PLAINFIELD, IL 60544              40519        1289.73
                                  2305 10418624   35633
DATE Oct 2 2002
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL   SUB TOTAL   1646.06
SIGN HERE FOR CASH RECEIVED IF REQUIRED          LESS CASH RECEIVED
**WEST SUBURBAN BANK**
6001 S CASS AVE. • DARIEN, ILLINOIS 60561
PH (630) 887-6900                    $       1646.06

⑆9901⑈????⑆ 31000 17943⑈



*EXHIBIT F*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 13.00/HR | | | DLK DED | 10% | | 70.01 |
| | | | | NTAL FAMILY | | | 25.70 |

| | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|
| 04/11/03 — 04/24/03 | 70.44 | | | | | | 70.52 |
| YEAR-TO-DATE | 7,433.49 | 65.41 | 551.92 | 125.56 | | | 917.52 |

STORE #10G02 DEPT. # 5
STATEMENT OF EARNINGS AND DEDUCTIONS    DETACH AND RETAIN FOR YOUR RECORDS    548.00

---

| 05/16/03 | 01920 | ROBERT D OLAFSON | 350261920 | PAYROLL CHECK CK.# 00045846 |
|---|---|---|---|---|

*EXHIBIT G*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 8.50/HR | 43.51 | 369.04 | DLK DED | 10% | | 36.98 |
| | | | | *No Family Dental* | | | |

| | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|
| 04/25/03 — 05/08/03 | 369.84 | | 22.30 | 2.37 | | | 36.98 |
| YEAR-TO-DATE | 7,804.33 | 65.21 | 580.22 | 127.95 | | | 1004.63 |

STORE #10G02 DEPT. #
STATEMENT OF EARNINGS AND DEDUCTIONS    DETACH AND RETAIN FOR YOUR RECORDS    302.19

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 2,093,990,841 | 2,151,555,282 | 2,222,367,215 | 4,268,506,425 | 4,096,127,651 | 4,202,698,688 |
| No adjusted gross income [1,2] | 7,109,989 | 8,370,181 | 8,429,178 | – | – | – |
| $1 under $1,000 [2] | 8,351,543 | 8,855,810 | 9,608,807 | 13,321 | 9,896 | 8,558 |
| $1,000 under $3,000 [2] | 27,951,839 | 28,389,468 | 30,557,201 | 566,382 | 353,201 | 262,740 |
| $3,000 under $5,000 [2] | 40,080,189 | 39,960,916 | 41,822,831 | 697,584 | 395,581 | 315,141 |
| $5,000 under $7,000 | 42,742,160 | 45,600,646 | 47,790,495 | 2,395,647 | 2,025,806 | 1,886,976 |
| $7,000 under $9,000 | 48,603,257 | 50,502,811 | 53,737,194 | 4,430,092 | 3,745,836 | 3,577,143 |
| $9,000 under $11,000 | 52,224,587 | 56,969,639 | 56,773,999 | 7,951,737 | 7,217,563 | 7,314,623 |
| $11,000 under $13,000 | 51,532,471 | 54,002,395 | 55,152,796 | 12,131,861 | 11,611,674 | 10,855,525 |
| $13,000 under $15,000 | 53,492,523 | 57,353,476 | 57,755,638 | 17,784,670 | 16,184,372 | 16,245,741 |
| $15,000 under $17,000 | 53,971,666 | 55,605,184 | 59,309,718 | 23,392,154 | 21,888,062 | 20,210,221 |
| $17,000 under $19,000 | 56,218,518 | 56,509,518 | 58,599,386 | 30,149,938 | 27,351,521 | 25,183,938 |
| $19,000 under $22,000 | 77,817,748 | 83,630,471 | 84,845,210 | 55,009,880 | 52,623,811 | 47,985,721 |
| $22,000 under $25,000 | 71,723,065 | 74,641,180 | 78,585,840 | 63,955,539 | 59,627,203 | 57,992,968 |
| $25,000 under $30,000 | 109,869,726 | 115,640,697 | 122,649,893 | 126,824,811 | 121,068,620 | 114,359,185 |
| $30,000 under $40,000 | 193,830,419 | 203,827,001 | 213,502,977 | 288,448,814 | 284,041,793 | 274,281,796 |
| $40,000 under $50,000 | 171,668,365 | 176,949,688 | 182,365,776 | 305,197,261 | 296,862,439 | 287,655,366 |
| $50,000 under $75,000 | 343,601,152 | 350,940,396 | 357,772,776 | 731,935,622 | 716,811,409 | 707,741,748 |
| $75,000 under $100,000 | 217,971,128 | 233,730,324 | 244,834,645 | 548,501,718 | 561,237,747 | 579,972,217 |
| $100,000 under $200,000 | 271,710,613 | 277,447,089 | 294,561,946 | 843,411,444 | 832,980,233 | 880,791,014 |
| $200,000 under $500,000 | 96,875,261 | 91,780,608 | 92,169,120 | 482,712,954 | 457,567,015 | 486,164,694 |
| $500,000 under $1,000,000 | 29,953,997 | 28,020,122 | 26,723,378 | 211,318,031 | 199,225,455 | 213,984,702 |
| $1,000,000 under $1,500,000 | 11,936,828 | 10,634,396 | 9,463,930 | 91,492,389 | 83,569,923 | 90,310,642 |
| $1,500,000 under $2,000,000 | 7,028,843 | 5,776,814 | 5,349,638 | 55,760,182 | 48,059,469 | 53,192,659 |
| $2,000,000 under $5,000,000 | 16,780,880 | 13,542,781 | 12,009,194 | 138,523,230 | 116,903,427 | 131,421,689 |
| $5,000,000 under $10,000,000 | 9,200,677 | 7,027,686 | 6,390,865 | 74,551,405 | 61,268,835 | 71,029,181 |
| $10,000,000 or more | 21,743,397 | 15,845,882 | 11,604,783 | 153,369,759 | 113,696,760 | 119,954,498 |

Footnotes at end of table.

Table 3.--Number of Individual Income Tax Returns, Income, Exemptions and Deductions, Tax, and Average Tax, by Size of Adjusted Gross Income, Tax Years 2001-2003--Continued

[All figures are estimates based on samples--money amounts are in thousands of dollars except as indicated]

| Size of adjusted gross income | Total income tax | | | Percentage of returns showing no total income tax | | |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 [p] | 2001 | 2002 | 2003 [p] |
| | (13) | (14) | (15) | (16) | (17) | (18) |
| Total | 887,973,968 | 796,986,268 | 750,024,250 | 27.2 | 30.1 | 31.8 |
| No adjusted gross income [1,2] | 92,152 | 124,380 | 39,363 | 99.6 | 99.7 | 99.8 |
| $1 under $1,000 [2] | 1,276 | 898 | 16,549 | 93.5 | 95.4 | 95.7 |
| $1,000 under $3,000 [2] | 74,603 | 39,664 | 24,154 | 87.4 | 91.2 | 92.9 |
| $3,000 under $5,000 [2] | 83,183 | 43,481 | 28,448 | 85.5 | 89.9 | 92.1 |
| $5,000 under $7,000 | 251,677 | 215,288 | 189,314 | 69.0 | 70.4 | 72.0 |
| $7,000 under $9,000 | 445,506 | 352,620 | 333,830 | 60.2 | 68.3 | 70.5 |
| $9,000 under $11,000 | 845,943 | 642,801 | 629,825 | 46.6 | 51.0 | 49.9 |
| $11,000 under $13,000 | 1,400,684 | 1,090,930 | 964,590 | 46.4 | 47.8 | 49.8 |
| $13,000 under $15,000 | 2,057,126 | 1,470,430 | 1,418,894 | 42.8 | 49.9 | 48.5 |
| $15,000 under $17,000 | 2,698,816 | 2,085,024 | 1,787,256 | 37.6 | 39.7 | 47.7 |
| $17,000 under $19,000 | 3,431,541 | 2,633,409 | 2,234,811 | 36.3 | 38.4 | 43.1 |
| $19,000 under $22,000 | 6,223,990 | 4,944,001 | 4,368,910 | 33.4 | 58.8 | 39.9 |
| $22,000 under $25,000 | 7,335,315 | 5,648,796 | 5,308,833 | 26.8 | 35.4 | 36.4 |
| $25,000 under $30,000 | 15,551,507 | 12,329,287 | 11,028,264 | 17.6 | 23.8 | 28.7 |
| $30,000 under $40,000 | 38,460,994 | 32,654,711 | 29,767,654 | 7.2 | 10.9 | 15.1 |
| $40,000 under $50,000 | 44,464,949 | 38,114,016 | 34,662,092 | 2.9 | 4.9 | 7.5 |
| $50,000 under $75,000 | 114,051,713 | 101,820,331 | 94,174,874 | 1.0 | 1.3 | 1.9 |
| $75,000 under $100,000 | 98,746,758 | 93,655,145 | 84,465,199 | 0.3 | 0.4 | 0.6 |
| $100,000 under $200,000 | 185,263,807 | 175,140,747 | 164,508,868 | 0.1 | 0.2 | 0.1 |
| $200,000 under $500,000 | 134,590,608 | 124,764,596 | 121,662,898 | 0.1 | 0.1 | 0.1 |
| $500,000 under $1,000,000 | 67,781,194 | 63,370,780 | 60,548,583 | 0.2 | 0.1 | 0.1 |
| $1,000,000 under $1,500,000 | 30,259,886 | 27,479,397 | 26,201,037 | 0.2 | 0.2 | 0.1 |
| $1,500,000 under $2,000,000 | 18,477,684 | 15,890,811 | 15,588,579 | 0.2 | 0.2 | 0.1 |
| $2,000,000 under $5,000,000 | 45,841,881 | 38,692,291 | 38,111,840 | 0.2 | 0.1 | 0.1 |
| $5,000,000 under $10,000,000 | 24,207,787 | 20,044,370 | 20,279,524 | 0.3 | 0.2 | -- |
| $10,000,000 or more | 45,332,386 | 33,738,065 | 31,680,060 | 0.2 | 0.2 | -- |

Returns showing total income tax

| Size of adjusted gross income | Average tax (whole dollars) | | | Tax as a percentage of AGI | | |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 [p] | 2001 | 2002 | 2003 [p] |
| | (19) | (20) | (21) | (22) | (23) | (24) |
| Total | 9,370 | 8,762 | 8,417 | 15.2 | 14.1 | 13.1 |

| | | | | [4] | [4] | [4] |
|---|---|---|---|---|---|---|
| No adjusted gross income [1,2] | 17,469 | 26,274 | 12,172 | [4] | [4] | [4] |
| $1 under $1,000 [2] | 11 | 11 | 233 | 1.2 | 1.2 | 27.3 |
| $1,000 under $3,000 [2] | 111 | 94 | 70 | 5.9 | 4.8 | 3.9 |
| $3,000 under $5,000 [2] | 106 | 84 | 71 | 2.5 | 1.9 | 1.6 |
| $5,000 under $7,000 | 164 | 145 | 133 | 2.8 | 2.4 | 2.3 |
| $7,000 under $9,000 | 225 | 224 | 221 | 2.8 | 2.7 | 2.7 |
| $9,000 under $11,000 | 323 | 259 | 252 | 3.2 | 2.6 | 2.5 |
| $11,000 under $13,000 | 560 | 441 | 413 | 4.7 | 3.7 | 3.4 |
| $13,000 under $15,000 | 756 | 611 | 581 | 5.4 | 4.4 | 4.1 |
| $15,000 under $17,000 | 929 | 747 | 732 | 5.8 | 4.7 | 4.6 |
| $17,000 under $19,000 | 1,149 | 948 | 881 | 6.4 | 5.3 | 4.9 |
| $19,000 under $22,000 | 1,464 | 1,214 | 1,148 | 7.1 | 5.9 | 5.6 |
| $22,000 under $25,000 | 1,751 | 1,548 | 1,458 | 7.4 | 6.6 | 6.2 |
| $25,000 under $30,000 | 2,205 | 1,886 | 1,809 | 8.0 | 6.9 | 6.6 |
| $30,000 under $40,000 | 2,994 | 2,622 | 2,508 | 8.6 | 7.5 | 7.2 |
| $40,000 under $50,000 | 4,314 | 3,800 | 3,572 | 9.6 | 8.5 | 8.0 |
| $50,000 under $75,000 | 6,558 | 5,931 | 5,532 | 10.7 | 9.7 | 9.0 |
| $75,000 under $100,000 | 11,124 | 10,169 | 8,864 | 13.0 | 11.8 | 10.3 |
| $100,000 under $200,000 | 21,896 | 20,831 | 18,507 | 16.6 | 15.8 | 14.0 |
| $200,000 under $500,000 | 66,764 | 65,452 | 60,815 | 23.3 | 22.8 | 21.1 |
| $500,000 under $1,000,000 | 190,893 | 188,463 | 170,448 | 28.1 | 27.9 | 25.2 |
| $1,000,000 under $1,500,000 | 354,659 | 352,318 | 318,225 | 29.3 | 29.3 | 26.3 |
| $1,500,000 under $2,000,000 | 507,211 | 508,213 | 458,312 | 29.5 | 29.6 | 26.7 |
| $2,000,000 under $5,000,000 | 880,863 | 876,541 | 780,516 | 29.6 | 29.7 | 26.6 |
| $5,000,000 under $10,000,000 | 1,978,569 | 2,003,435 | 1,795,125 | 29.0 | 29.4 | 26.2 |
| $10,000,000 or more | 6,642,108 | 6,370,481 | 5,227,733 | 27.4 | 26.1 | 24.1 |

p – Preliminary.

[1] In addition to low-income taxpayers, this size class (and others) includes taxpayers with "tax preferences," not reflected in "adjusted gross income" or "taxable income," which are subject to the "alternative minimum tax" (included in "total income tax"), defined in Table 1, footnote 35.

[2] A study for 1993 showed that about half of all returns with "adjusted gross income" under $5,000 were filed by dependents of other taxpayers.

[3] "Adjusted gross income" (AGI) minus "personal exemptions and total deductions" will not equal "taxable income" because the total of deductions and exemptions could exceed AGI and, therefore, includes amounts that could not be used in computing "taxable income."

[4] Not computed

Notes: Detail may not add to totals because of rounding. All amounts are in current dollars. Most of the data are subject to sampling error; tax law and tax form changes affect the year-to-year comparability of the data.

SOURCE: IRS, Statistics of Income Winter 2004-2005 Bulletin, Publication 1136. Also, Statistics of Income—Individual Income Tax Returns, appropriate years.

# National Vital Statistics Reports





Volume 53, Number 6                                        November 10, 2004

# United States Life Tables, 2002

by Elizabeth Arias, Ph.D., Division of Vital Statistics

## Abstract

This report presents period life tables for the United States based on age-specific death rates in 2002. Data used to prepare these life tables are 2002 final mortality statistics; July 1, 2002, population estimates based on the 2000 decennial census and data from the Medicare program. Presented are complete life tables by age, race, and sex. In 2002 the overall expectation of life at birth was 77.3 years, representing an increase of 0.1 years from life expectancy in 2001. Between 2001 and 2002, life expectancy increased for both males and females. Life expectancy increased by 0.2 years for black males (from 68.6 to 68.8). It increased by 0.1 year for white males (from 75.0 to 75.1), for white females (from 80.2 to 80.3), and for black females (from 75.5 to 75.6).

## Introduction

There are two types of life tables—the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort, all persons born in the year 1900, for example, from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely on the basis of observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of persons born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

Unlike the cohort life table, the period life table does not represent the mortality experience of an actual birth cohort. Rather, the period life table presents what would happen to a hypothetical (or synthetic) cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. Thus, for example, a period life table for 2002 assumes a hypothetical cohort subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2002. The period life table may thus be characterized as rendering a "snapshot" of current mortality experience, and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report the term "life table" refers only to the period life table and not to the cohort life table.

## Data and Methods

The data used to prepare the U.S. life tables for 2002 are final numbers of deaths for the year 2002, postcensal population estimates for the year 2002, and data from the Medicare program of the Centers for Medicare and Medicaid Services.

The populations used to estimate the life tables shown in this report were produced under a collaborative agreement with the U.S. Census Bureau and are based on counts from the 2000 census. Reflecting the new guidelines issued in 1997 by the Office of Management and Budget (OMB), the 2000 census included an option for individuals to report more than one race as appropriate for themselves and household members (4). The 1997 OMB guidelines also provided for the reporting of Asian persons separately from Native Hawaiians or other Pacific Islanders. Under the prior OMB standards (issued in 1977), data for Asian or Pacific Islander persons were collected as a

**Keywords:** life expectancy • life tables • survival • death rates • race

### Acknowledgments

This report was prepared in the Division of Vital Statistics under the general direction of Charles J. Rothwell, Director, Division of Vital Statistics and Robert N. Anderson, Chief, Mortality Statistics Branch. Registration Methods Staff and the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding the collection of death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and graphics produced by Jarmila G. Ogburn of the Office of Information Services, Information Design and Publishing Staff.

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**NATIONAL CENTER FOR HEALTH STATISTICS**



**CENTERS FOR DISEASE CONTROL AND PREVENTION**

**NATIONAL VITAL STATISTICS SYSTEM**

**16**    National Vital Statistics Reports, Vol. 53, No. 6, November 10, 2004

### Table 5. Life table for white males: United States, 2002—Con.

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages $x$ to $x+1$ $q_{(x)}$ | Number surviving to age $x$ $l_{(x)}$ | Number dying between ages $x$ to $x+1$ $d_{(x)}$ | Person-years lived between ages $x$ to $x+1$ $L_{(x)}$ | Total number of person-years lived above age $x$ $T_{(x)}$ | Expectation of life at age $x$ $e_{(x)}$ |
|---|---|---|---|---|---|---|
| 65–66 | 0.018184 | 79,874 | 1,452 | 79,148 | 1,327,634 | 16.6 |
| 66–67 | 0.019668 | 78,422 | 1,542 | 77,651 | 1,248,486 | 15.9 |
| 67–68 | 0.021785 | 76,879 | 1,675 | 76,042 | 1,170,836 | 15.2 |
| 68–69 | 0.023639 | 75,205 | 1,778 | 74,316 | 1,094,794 | 14.6 |
| 69–70 | 0.026049 | 73,427 | 1,913 | 72,470 | 1,020,478 | 13.9 |
| 70–71 | 0.028633 | 71,514 | 2,048 | 70,490 | 948,008 | 13.3 |
| 71–72 | 0.031275 | 69,466 | 2,173 | 68,380 | 877,518 | 12.6 |
| 72–73 | 0.033339 | 67,294 | 2,244 | 66,172 | 809,138 | 12.0 |
| 73–74 | 0.037412 | 65,050 | 2,434 | 63,833 | 742,966 | 11.4 |
| 74–75 | 0.040664 | 62,617 | 2,546 | 61,344 | 679,132 | 10.8 |
| 75–76 | 0.044647 | 60,070 | 2,682 | 58,729 | 617,789 | 10.3 |
| 76–77 | 0.048946 | 57,388 | 2,809 | 55,984 | 559,059 | 9.7 |
| 77–78 | 0.053039 | 54,580 | 2,895 | 53,132 | 503,075 | 9.2 |
| 78–79 | 0.058065 | 51,685 | 3,001 | 50,184 | 449,943 | 8.7 |
| 79–80 | 0.064456 | 48,684 | 3,138 | 47,115 | 399,759 | 8.2 |
| 80–81 | 0.069812 | 45,546 | 3,180 | 43,956 | 352,644 | 7.7 |
| 81–82 | 0.076341 | 42,366 | 3,234 | 40,749 | 308,689 | 7.3 |
| 82–83 | 0.086981 | 39,132 | 3,404 | 37,430 | 267,940 | 6.8 |
| 83–84 | 0.088920 | 35,728 | 3,177 | 34,140 | 230,510 | 6.5 |
| 84–85 | 0.102473 | 32,551 | 3,336 | 30,883 | 196,370 | 6.0 |
| 85–86 | 0.112276 | 29,216 | 3,280 | 27,575 | 165,487 | 5.7 |
| 86–87 | 0.122723 | 25,935 | 3,183 | 24,344 | 137,911 | 5.3 |
| 87–88 | 0.133822 | 22,752 | 3,045 | 21,230 | 113,567 | 5.0 |
| 88–89 | 0.145577 | 19,708 | 2,869 | 18,273 | 92,337 | 4.7 |
| 89–90 | 0.157985 | 16,839 | 2,660 | 15,509 | 74,064 | 4.4 |
| 90–91 | 0.171043 | 14,178 | 2,425 | 12,966 | 58,556 | 4.1 |
| 91–92 | 0.184737 | 11,753 | 2,171 | 10,668 | 45,590 | 3.9 |
| 92–93 | 0.199051 | 9,582 | 1,907 | 8,628 | 34,922 | 3.6 |
| 93–94 | 0.213963 | 7,675 | 1,642 | 6,854 | 26,294 | 3.4 |
| 94–95 | 0.229442 | 6,033 | 1,384 | 5,341 | 19,440 | 3.2 |
| 95–96 | 0.245455 | 4,648 | 1,141 | 4,078 | 14,099 | 3.0 |
| 96–97 | 0.261957 | 3,507 | 919 | 3,048 | 10,021 | 2.9 |
| 97–98 | 0.278902 | 2,589 | 722 | 2,228 | 6,973 | 2.7 |
| 98–99 | 0.296235 | 1,867 | 553 | 1,590 | 4,746 | 2.5 |
| 99–100 | 0.313893 | 1,314 | 412 | 1,108 | 3,155 | 2.4 |
| 100+ | 1.00000 | 901 | 901 | 2,048 | 2,048 | 2.3 |

E = Probability of Employment (Pct. Of Persons in the Labor Force who are actually working) = 1- Unemployment Rate

UR = Unemployment Rate

Source: U.S. Census Bureau, Current Population Survey, Various Years; Website: http://www.census.gov/hhes/www/disability/disabcps.html

## Age 70 - 74 Males with Some College Education & No Work Disability

| Year | UR | E |
|------|------|---------|
| 1995 | 2.50% | 97.50% |
| 1996 | 2.70% | 97.30% |
| 1997 | 2.30% | 97.70% |
| 1998 | 5.20% | 94.80% |
| 1999 | 0.50% | 99.50% |
| 2000 | 0.00% | 100.00% |
| 2001 | 2.80% | 97.20% |
| 2002 | 1.20% | 98.80% |
| 2003 | 8.20% | 91.80% |
| 2004 | 2.40% | 97.60% |
| **Avg: 1995 - 2004** | **2.78%** | **97.22%** |

## Mr. Olafson Life Expectancy:

Robert Olafson DOB: April 23, 1933

Life Expectancy at age 72 = 12.0 years

Source (Life Factor): National Vital Statistics Report - United States, White Males 2002 (Publication Issued November 10, 2004)



# U.S. DEPARTMENT of LABOR
## Bureau of Labor Statistics

*Bureau of Labor Statistics Data*



### www.bls.gov

Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

**Change Output Options:**   From: 1994 ▾ To: 2003 ▾   **GO**

**More Formatting Options** ➡

Data extracted on: June 20, 2005 (11:14:39 AM)

### Employer Costs for Employee Compensation

| Series Id: | | CCU210000262000D, CCU210000262000P |
|---|---|---|
| Compensation Component: | | Total compensation |
| Employer/Employee Charac.: | | Retail trade |
| Sector: | | Private industry |

| Year | Period | Cost of compensation (Cost per hour worked) | Percent of total compensation |
|---|---|---|---|
| 1994 | Annual | 9.17 | 100.0 |
| 1995 | Annual | 9.32 | 100.0 |
| 1996 | Annual | 9.54 | 100.0 |
| 1997 | Annual | 9.92 | 100.0 |
| 1998 | Annual | 10.33 | 100.0 |
| 1999 | Annual | 10.64 | 100.0 |
| 2000 | Annual | 10.99 | 100.0 |
| 2001 | Annual | 11.49 | 100.0 |
| 2002 | Qtr1 | 11.79 | 100.0 |
| 2002 | Qtr2 | 11.99 | 100.0 |
| 2002 | Qtr3 | 12.03 | 100.0 |
| 2002 | Qtr4 | 12.11 | 100.0 |
| 2003 | Qtr1 | 12.20 | 100.0 |
| 2003 | Qtr2 | 12.32 | 100.0 |
| 2003 | Qtr3 | 12.39 | 100.0 |
| 2003 | Qtr4 | 12.47 | 100.0 |

| Series Id: | | CCU220000262000D, CCU220000262000P |
|---|---|---|
| Compensation Component: | | Wages and salaries |
| Employer/Employee Charac.: | | Retail trade |
| Sector: | | Private industry |

| Year | Period | Cost of compensation (Cost per hour worked) | Percent of total compensation |
|---|---|---|---|
| 1994 | Annual | 7.14 | 77.9 |
| 1995 | Annual | 7.30 | 78.3 |
| 1996 | Annual | 7.50 | 78.6 |
| 1997 | Annual | 7.81 | 78.7 |
| | | | |

| 1998 | Annual | 8.17 | 79.1 |
|------|--------|------|------|
| 1999 | Annual | 8.41 | 79.0 |
| 2000 | Annual | 8.73 | 79.4 |
| 2001 | Annual | 9.13 | 79.5 |
| 2002 | Qtr1 | 9.35 | 79.3 |
| 2002 | Qtr2 | 9.50 | 79.2 |
| 2002 | Qtr3 | 9.52 | 79.1 |
| 2002 | Qtr4 | 9.57 | 79.0 |
| 2003 | Qtr1 | 9.61 | 78.8 |
| 2003 | Qtr2 | 9.69 | 78.7 |
| 2003 | Qtr3 | 9.73 | 78.5 |
| 2003 | Qtr4 | 9.75 | 78.2 |

Series Id:                        CCU240000262000D,CCU240000262000P
Compensation Component:           Paid leave
Employer/Employee Charac.:        Retail trade
Sector:                           Private industry

| Year | Period | Cost of compensation (Cost per hour worked) | Percent of total compensation |
|------|--------|---------------------------------------------|-------------------------------|
| 1994 | Annual | 0.37 | 4.0 |
| 1995 | Annual | 0.35 | 3.7 |
| 1996 | Annual | 0.35 | 3.7 |
| 1997 | Annual | 0.37 | 3.7 |
| 1998 | Annual | 0.38 | 3.7 |
| 1999 | Annual | 0.40 | 3.8 |
| 2000 | Annual | 0.40 | 3.6 |
| 2001 | Annual | 0.46 | 4.0 |
| 2002 | Qtr1 | 0.46 | 3.9 |
| 2002 | Qtr2 | 0.47 | 3.9 |
| 2002 | Qtr3 | 0.47 | 3.9 |
| 2002 | Qtr4 | 0.47 | 3.9 |
| 2003 | Qtr1 | 0.47 | 3.9 |
| 2003 | Qtr2 | 0.47 | 3.8 |
| 2003 | Qtr3 | 0.47 | 3.8 |
| 2003 | Qtr4 | 0.48 | 3.8 |

Series Id:                        CCU250000262000D,CCU250000262000P
Compensation Component:           Supplemental pay
Employer/Employee Charac.:        Retail trade
Sector:                           Private industry

| Year | Period | Cost of compensation (Cost per hour worked) | Percent of total compensation |
|------|--------|---------------------------------------------|-------------------------------|
| 1994 | Annual | 0.14 | 1.6 |
|      |        |      |      |

| | | | |
|---|---|---|---|
| 1995 | Annual | 0.15 | 1.6 |
| 1996 | Annual | 0.16 | 1.6 |
| 1997 | Annual | 0.18 | 1.8 |
| 1998 | Annual | 0.18 | 1.7 |
| 1999 | Annual | 0.18 | 1.7 |
| 2000 | Annual | 0.19 | 1.7 |
| 2001 | Annual | 0.17 | 1.5 |
| 2002 | Qtr1 | 0.16 | 1.4 |
| 2002 | Qtr2 | 0.16 | 1.3 |
| 2002 | Qtr3 | 0.16 | 1.3 |
| 2002 | Qtr4 | 0.17 | 1.4 |
| 2003 | Qtr1 | 0.17 | 1.4 |
| 2003 | Qtr2 | 0.16 | 1.3 |
| 2003 | Qtr3 | 0.16 | 1.3 |
| 2003 | Qtr4 | 0.16 | 1.3 |

```
Series Id:                        CCU280000262000D, CCU280000262000P
Compensation Component:           Legally required benefits
Employer/Employee Charac.:        Retail trade
Sector:                           Private industry
```

| Year | Period | Cost of compensation (Cost per hour worked) | Percent of total compensation |
|---|---|---|---|
| 1994 | Annual | 1.01 | 11.0 |
| 1995 | Annual | 1.01 | 10.9 |
| 1996 | Annual | 1.00 | 10.5 |
| 1997 | Annual | 1.03 | 10.4 |
| 1998 | Annual | 1.07 | 10.4 |
| 1999 | Annual | 1.10 | 10.3 |
| 2000 | Annual | 1.10 | 10.0 |
| 2001 | Annual | 1.11 | 9.7 |
| 2002 | Qtr1 | 1.16 | 9.8 |
| 2002 | Qtr2 | 1.18 | 9.8 |
| 2002 | Qtr3 | 1.19 | 9.9 |
| 2002 | Qtr4 | 1.19 | 9.8 |
| 2003 | Qtr1 | 1.22 | 10.0 |
| 2003 | Qtr2 | 1.24 | 10.1 |
| 2003 | Qtr3 | 1.25 | 10.1 |
| 2003 | Qtr4 | 1.26 | 10.1 |

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Linking to Our Site | Accessibility

http://data.bls.gov/PDQ/servlet/SurveyOutputServlet                                    6/20/2005

**U.S. Bureau of Labor Statistics**
Postal Square Building
2 Massachusetts Ave., NE
Washington, DC 20212-0001

Phone: (202) 691-5200
Fax-on-demand: (202) 691-6325
Data questions: **blsdata_staff@bls.gov**
Technical (web) questions: **webmaster@bls.gov**
Other comments: **feedback@bls.gov**



**OFFICE OF THE GOVERNOR**
ROD R. BLAGOJEVICH - GOVERNOR

# NEWS

**FOR IMMEDIATE RELEASE**
January 3, 2005

### Gov. Blagojevich and workers celebrate full implementation of minimum wage hike
*Jan. 1 increase to $6.50 an hour benefits nearly half a million hard working Illinoisans*

CHICAGO – Gov. Rod Blagojevich was joined today by workers, lawmakers and low-income family advocates in celebrating the final phase-in of the minimum wage increase he signed into law in 2003. The new wage of $6.50 an hour that went into full effect on January 1 benefits an estimated 450,000 Illinois workers – or about 6 percent of the state's workforce – who were making $5.15 an hour before the new law was signed.

The original legislation, Senate Bill 600, raised the state's minimum wage in two phases: on January 1, 2004, the rate went from the federally mandated minimal level of $5.15 an hour up to $5.50; on January 1, 2005, the rate increased again to $6.50 an hour.

"For so many working families living on the brink of poverty, this wage increase provides a much-deserved boost toward financial independence," said Blagojevich. "The new, higher wage will mean an additional $2,800 a year for a full-time worker, meaning more money to pay bills, feed their families and try to save for the future."

The Governor pointed out that – contrary to popular belief – most minimum wage earners are not teenagers, but adults over age 20. In fact, the average minimum wage earner is 31 years old and female, and nearly one-third are heads of households.

Prior to the increase, a full-time minimum wage earner made only $10,712 a year working 40 hours a week, 52 weeks a year. That's well below the 2004 poverty level of $12,500 for a two-person household. With the full increase in place, a full-time worker earning the minimum wage will earn $13,520 annually.

Gov. Blagojevich pushed for a hike in the minimum wage in light of research showing a significant erosion in the value on the wage since it was first enacted. The federal minimum wage of $5.15 an hour buys about a third less than it did a quarter century ago, according to a study completed in 2003 by the Center for Urban Economic Development of the University of Illinois at Chicago (UIC).

Illinois' new, higher minimum wage is expected to benefit businesses as well as workers. Low income workers are more likely to spend their wages locally than any other group of workers. A recent study suggests that the higher minimum wage will increase business sales in Illinois by more than $900 million, and by more than $1.2 billion when workers earning near the minimum wage ($7.50 and up) are taken into account. "With this wage increase, workers will have more money to spend. That puts money back into the local economy and businesses will ultimately benefit from higher sales," the Governor said. "In addition, workers who are compensated well tend to be more productive and loyal to their employers. A better minimum wage is good for working families and businesses alike."

"This minimum wage raise comes as excellent news for hard-working men and women who are struggling to make ends meet. On behalf of ACORN, I want to thank Governor Blagojevich and our state legislature for their leadership and determination to improve the lives of hundreds of thousands of Illinoisans," said Beatrice Jackson, President of the Illinois chapter of the Association of Community Organizations for Reform Now (ACORN.)

Illinois is among 14 states that have passed minimum wages higher than the federal standard of $5.15 an hour (has not been increased since 1997). The other states are Alaska, California, Connecticut, Delaware, Florida, Hawaii, Maine, Massachusetts, New York, Oregon, Rhode Island, Vermont, and Washington.

 Archived Governor's News Conference 
Archived Governor's News Conference ◄) Audio Stream

# Table 3.--Number of Individual Income Tax Returns, Income, Exemptions and Deductions, Tax, and Average Tax, by Size of Adjusted Gross Income, Tax Years 2001-2003

[All figures are estimates based on samples—money amounts are in thousands of dollars except as indicated]

| Size of adjusted gross income | Number of returns | | | Adjusted gross income or deficit | | |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 [p] | 2001 | 2002 | 2003 [p] |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| Total................................ | 130,255,237 | 130,076,443 | 130,571,319 | 6,170,603,942 | 6,033,585,532 | 6,212,974,067 |
| No adjusted gross income [1,2] | 1,438,187 | 1,752,457 | 1,759,110 | -70,431,606 | -80,192,750 | -63,308,110 |
| $1 under $1,000 [2] | 1,837,978 | 1,812,110 | 1,665,403 | 1,055,221 | 1,028,189 | 932,942 |
| $1,000 under $3,000 [2] | 5,370,910 | 4,832,988 | 4,885,212 | 10,773,315 | 9,835,110 | 9,739,562 |
| $3,000 under $5,000 [2] | 5,383,155 | 5,163,776 | 5,084,627 | 21,469,839 | 20,664,036 | 20,309,563 |
| $5,000 under $7,000 | 4,954,876 | 5,019,326 | 5,073,858 | 29,752,585 | 30,092,034 | 30,354,093 |
| $7,000 under $9,000 | 4,975,444 | 4,977,282 | 5,119,316 | 39,738,309 | 39,783,173 | 40,873,047 |
| $9,000 under $11,000 | 4,903,020 | 5,061,799 | 4,994,352 | 49,014,583 | 50,702,341 | 50,046,811 |
| $11,000 under $13,000 | 4,666,912 | 4,748,173 | 4,655,865 | 56,048,919 | 56,974,191 | 55,769,269 |
| $13,000 under $15,000 | 4,757,038 | 4,808,347 | 4,747,596 | 66,611,416 | 67,289,532 | 66,510,171 |
| $15,000 under $17,000 | 4,655,768 | 4,632,156 | 4,673,255 | 74,393,134 | 74,014,744 | 74,698,747 |
| $17,000 under $19,000 | 4,688,595 | 4,508,626 | 4,457,124 | 84,303,762 | 81,156,450 | 80,204,470 |
| $19,000 under $22,000 | 6,379,736 | 6,522,571 | 6,334,996 | 130,782,945 | 133,706,690 | 129,748,224 |
| $22,000 under $25,000 | 5,724,238 | 5,650,213 | 5,723,068 | 134,364,721 | 132,575,256 | 134,379,682 |
| $25,000 under $30,000 | 8,563,035 | 8,574,575 | 8,550,537 | 235,155,806 | 234,951,863 | 234,803,301 |
| $30,000 under $40,000 | 13,843,639 | 13,980,104 | 13,980,972 | 480,541,398 | 485,696,239 | 485,560,267 |
| $40,000 under $50,000 | 10,612,617 | 10,550,457 | 10,488,420 | 475,360,387 | 472,821,957 | 469,120,945 |
| $50,000 under $75,000 | 17,559,778 | 17,396,916 | 17,352,692 | 1,074,476,035 | 1,066,616,794 | 1,064,837,216 |
| $75,000 under $100,000 | 8,903,894 | 9,247,839 | 9,582,718 | 764,115,039 | 794,489,072 | 824,464,925 |
| $100,000 under $200,000 | 8,469,199 | 8,422,603 | 8,901,359 | 1,114,318,617 | 1,109,689,065 | 1,174,675,124 |
| $200,000 under $500,000 | 2,018,372 | 1,908,466 | 2,002,600 | 578,592,628 | 548,814,753 | 578,017,378 |
| $500,000 under $1,000,000 | 355,617 | 336,684 | 355,554 | 240,863,950 | 227,044,247 | 240,607,376 |
| $1,000,000 under $1,500,000 | 85,479 | 78,121 | 82,433 | 103,192,473 | 94,072,610 | 99,750,994 |
| $1,500,000 under $2,000,000 | 36,491 | 31,316 | 34,038 | 62,634,095 | 53,782,124 | 58,495,126 |
| $2,000,000 under $5,000,000 | 52,157 | 44,205 | 48,856 | 154,967,884 | 130,305,117 | 143,406,926 |
| $5,000,000 under $10,000,000 | 12,266 | 10,028 | 11,302 | 83,519,500 | 68,251,296 | 77,418,306 |
| $10,000,000 or more | 6,836 | 5,309 | 6,061 | 174,988,989 | 129,421,398 | 131,557,712 |

| Size of adjusted gross income | Personal exemptions and total deductions | | | Taxable income [3] | | |
|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 [p] | 2001 | 2002 | 2003 [p] |
| | (7) | (8) | (9) | (10) | (11) | (12) |

## Real Rate of Interest

| Year | 10 yr. Bond Yield | CPI | Real Rate |
|---|---|---|---|
| 2004 | 4.27 | 2.70 | 1.57 |
| 2003 | 4.01 | 2.30 | 1.71 |
| 2002 | 4.61 | 1.60 | 3.01 |
| 2001 | 5.02 | 2.80 | 2.22 |
| 2000 | 6.03 | 3.40 | 2.63 |
| 1999 | 5.65 | 2.20 | 3.45 |
| 1998 | 5.26 | 1.60 | 3.66 |
| 1997 | 6.35 | 2.30 | 4.05 |
| 1996 | 6.44 | 3.00 | 3.44 |
| 1995 | 6.57 | 2.80 | 3.77 |
| 1994 | 7.09 | 2.60 | 4.49 |
| 1993 | 5.87 | 3.00 | 2.87 |
| 1992 | 7.01 | 3.00 | 4.01 |
| 1991 | 7.86 | 4.20 | 3.66 |
| 1990 | 8.55 | 5.40 | 3.15 |
| 1989 | 8.49 | 4.80 | 3.69 |
| 1988 | 8.85 | 4.10 | 4.75 |
| 1987 | 8.39 | 3.60 | 4.79 |
| 1986 | 7.68 | 1.90 | 5.78 |
| 1985 | 10.62 | 3.60 | 7.02 |
| 1984 | 12.44 | 4.30 | 8.14 |
| 1983 | 11.10 | 3.20 | 7.90 |
| 1982 | 13.00 | 6.20 | 6.80 |
| 1981 | 13.91 | 10.30 | 3.61 |
| 1980 | 11.46 | 13.50 | -2.04 |
| 1979 | 9.44 | 11.30 | -1.86 |
| 1978 | 8.41 | 7.60 | 0.81 |
| 1977 | 7.42 | 6.50 | 0.92 |
| 1976 | 7.61 | 5.80 | 1.81 |
| 1975 | 7.99 | 9.10 | -1.11 |
| 1974 | 7.56 | 11.00 | -3.44 |
| 1973 | 6.84 | 6.20 | 0.64 |
| 1972 | 6.21 | 3.20 | 3.01 |
| 1971 | 6.16 | 4.40 | 1.76 |
| 1970 | 7.35 | 5.70 | 1.65 |
| 1969 | 6.67 | 5.50 | 1.17 |
| 1968 | 5.65 | 4.20 | 1.45 |
| 1967 | 5.07 | 3.10 | 1.97 |
| 1966 | 4.92 | 2.90 | 2.02 |
| 1965 | 4.28 | 1.60 | 2.68 |

**Arithmetic Real Interest Rate Average:**

| | |
|---|---|
| 10 Year Avg: | 2.95 |
| 20 Year Avg: | 3.69 |
| 30 Year Avg: | 3.29 |
| 40 Year Avg: | 2.79 |

Source: 2005 Economic Report to the President



TABLE B–73.—*Bond yields and interest rates, 1929–2004*

[Percent per annum]

| Year and month | U.S. Treasury securities | | | | | Corporate bonds (Moody's) | | High-grade munici-pal bonds (Stand-ard & Poor's) | New-home mort-gage yields[4] | Prime rate charged by banks[5] | Discount window (Federal Reserve Bank of New York)[5][6] | | Federal funds rate[7] |
| | Bills (new issues)[1] | | Constant maturities[2] | | | Aaa[3] | Baa | | | | Primary credit | Adjust-ment credit | |
| | 3-month | 6-month | 3-year | 10-year | 30-year | | | | | | | | |
| 1929 | | | | | | 4.73 | 5.90 | 4.27 | | 5.50-6.00 | | 5.16 | |
| 1933 | 0.515 | | | | | 4.49 | 7.76 | 4.71 | | 1.50-4.00 | | 2.56 | |
| 1939 | .023 | | | | | 3.01 | 4.96 | 2.76 | | 1.50 | | 1.00 | |
| 1940 | .014 | | | | | 2.84 | 4.75 | 2.50 | | 1.50 | | 1.00 | |
| 1941 | .103 | | | | | 2.77 | 4.33 | 2.10 | | 1.50 | | 1.00 | |
| 1942 | .326 | | | | | 2.83 | 4.28 | 2.36 | | 1.50 | | *1.00 | |
| 1943 | .373 | | | | | 2.73 | 3.91 | 2.06 | | 1.50 | | *1.00 | |
| 1944 | .375 | | | | | 2.72 | 3.61 | 1.86 | | 1.50 | | *1.00 | |
| 1945 | .375 | | | | | 2.62 | 3.29 | 1.67 | | 1.50 | | *1.00 | |
| 1946 | .375 | | | | | 2.53 | 3.05 | 1.64 | | 1.50 | | *1.00 | |
| 1947 | .594 | | | | | 2.61 | 3.24 | 2.01 | | 1.50-1.75 | | 1.00 | |
| 1948 | 1.040 | | | | | 2.82 | 3.47 | 2.40 | | 1.75-2.00 | | 1.34 | |
| 1949 | 1.102 | | | | | 2.66 | 3.42 | 2.21 | | 2.00 | | 1.50 | |
| 1950 | 1.218 | | | | | 2.62 | 3.24 | 1.98 | | 2.07 | | 1.59 | |
| 1951 | 1.552 | | | | | 2.86 | 3.41 | 2.00 | | 2.56 | | 1.75 | |
| 1952 | 1.766 | | | | | 2.96 | 3.52 | 2.19 | | 3.00 | | 1.75 | |
| 1953 | 1.931 | | 2.47 | 2.85 | | 3.20 | 3.74 | 2.72 | | 3.17 | | 1.99 | |
| 1954 | .953 | | 1.63 | 2.40 | | 2.90 | 3.51 | 2.37 | | 3.05 | | 1.60 | |
| 1955 | 1.753 | | 2.47 | 2.82 | | 3.06 | 3.53 | 2.53 | | 3.16 | | 1.89 | 1.78 |
| 1956 | 2.658 | | 3.19 | 3.18 | | 3.36 | 3.88 | 2.93 | | 3.77 | | 2.77 | 2.73 |
| 1957 | 3.267 | | 3.98 | 3.65 | | 3.89 | 4.71 | 3.60 | | 4.20 | | 3.12 | 3.11 |
| 1958 | 1.839 | | 2.84 | 3.32 | | 3.79 | 4.73 | 3.56 | | 3.83 | | 2.15 | 1.57 |
| 1959 | 3.405 | 3.832 | 4.46 | 4.33 | | 4.38 | 5.05 | 3.95 | | 4.48 | | 3.36 | 3.30 |
| 1960 | 2.928 | 3.247 | 3.98 | 4.12 | | 4.41 | 5.19 | 3.73 | | 4.82 | | 3.53 | 3.22 |
| 1961 | 2.378 | 2.605 | 3.54 | 3.88 | | 4.35 | 5.08 | 3.46 | | 4.50 | | 3.00 | 1.96 |
| 1962 | 2.778 | 2.908 | 3.47 | 3.95 | | 4.33 | 5.02 | 3.18 | | 4.50 | | 3.00 | 2.68 |
| 1963 | 3.157 | 3.253 | 3.67 | 4.00 | | 4.26 | 4.86 | 3.23 | 5.89 | 4.50 | | 3.23 | 3.18 |
| 1964 | 3.549 | 3.686 | 4.03 | 4.19 | | 4.40 | 4.83 | 3.22 | 5.83 | 4.50 | | 3.55 | 3.50 |
| 1965 | 3.954 | 4.055 | 4.22 | 4.28 | | 4.49 | 4.87 | 3.27 | 5.81 | 4.54 | | 4.04 | 4.07 |
| 1966 | 4.881 | 5.082 | 5.23 | 4.92 | | 5.13 | 5.67 | 3.82 | 6.25 | 5.63 | | 4.50 | 5.11 |
| 1967 | 4.321 | 4.630 | 5.03 | 5.07 | | 5.51 | 6.23 | 3.98 | 6.46 | 5.61 | | 4.19 | 4.22 |
| 1968 | 5.339 | 5.470 | 5.68 | 5.65 | | 6.18 | 6.94 | 4.51 | 6.97 | 6.30 | | 5.16 | 5.66 |
| 1969 | 6.677 | 6.853 | 7.02 | 6.67 | | 7.03 | 7.81 | 5.81 | 7.81 | 7.96 | | 5.87 | 8.20 |
| 1970 | 6.458 | 6.562 | 7.29 | 7.35 | | 8.04 | 9.11 | 6.51 | 8.45 | 7.91 | | 5.95 | 7.18 |
| 1971 | 4.348 | 4.511 | 5.65 | 6.16 | | 7.39 | 8.56 | 5.70 | 7.74 | 5.72 | | 4.88 | 4.66 |
| 1972 | 4.071 | 4.466 | 5.72 | 6.21 | | 7.21 | 8.16 | 5.27 | 7.60 | 5.25 | | 4.50 | 4.43 |
| 1973 | 7.041 | 7.178 | 6.95 | 6.84 | | 7.44 | 8.24 | 5.18 | 7.96 | 8.03 | | 6.44 | 8.73 |
| 1974 | 7.886 | 7.926 | 7.82 | 7.56 | | 8.57 | 9.50 | 6.09 | 8.92 | 10.81 | | 7.83 | 10.50 |
| 1975 | 5.838 | 6.122 | 7.49 | 7.99 | | 8.83 | 10.61 | 6.89 | 9.00 | 7.86 | | 6.25 | 5.82 |
| 1976 | 4.989 | 5.266 | 6.77 | 7.61 | | 8.43 | 9.75 | 6.49 | 9.00 | 6.84 | | 5.50 | 5.04 |
| 1977 | 5.265 | 5.510 | 6.69 | 7.42 | 7.75 | 8.02 | 8.97 | 5.56 | 9.02 | 6.83 | | 5.46 | 5.54 |
| 1978 | 7.221 | 7.572 | 8.29 | 8.41 | 8.49 | 8.73 | 9.49 | 5.90 | 9.56 | 9.06 | | 7.46 | 7.93 |
| 1979 | 10.041 | 10.017 | 9.71 | 9.44 | 9.28 | 9.63 | 10.69 | 6.39 | 10.78 | 12.67 | | 10.28 | 11.19 |
| 1980 | 11.506 | 11.374 | 11.55 | 11.46 | 11.27 | 11.94 | 13.67 | 8.51 | 12.66 | 15.27 | | 11.77 | 13.36 |
| 1981 | 14.029 | 13.776 | 14.44 | 13.91 | 13.45 | 14.17 | 16.04 | 11.23 | 14.70 | 18.87 | | 13.42 | 16.38 |
| 1982 | 10.686 | 11.084 | 12.92 | 13.00 | 12.76 | 13.79 | 16.11 | 11.57 | 15.14 | 14.86 | | 11.02 | 12.26 |
| 1983 | 8.63 | 8.75 | 10.45 | 11.10 | 11.18 | 12.04 | 13.55 | 9.47 | 12.57 | 10.79 | | 8.50 | 9.09 |
| 1984 | 9.58 | 9.80 | 11.89 | 12.44 | 12.41 | 12.71 | 14.19 | 10.15 | 12.38 | 12.04 | | 8.80 | 10.23 |
| 1985 | 7.48 | 7.66 | 9.64 | 10.62 | 10.79 | 11.37 | 12.72 | 9.18 | 11.55 | 9.93 | | 7.69 | 8.10 |
| 1986 | 5.98 | 6.03 | 7.06 | 7.68 | 7.78 | 9.02 | 10.39 | 7.38 | 10.17 | 8.33 | | 6.33 | 5.81 |
| 1987 | 5.82 | 6.05 | 7.68 | 8.39 | 8.59 | 9.38 | 10.58 | 7.73 | 9.31 | 8.21 | | 5.66 | 6.66 |
| 1988 | 6.69 | 6.92 | 8.26 | 8.85 | 8.96 | 9.71 | 10.83 | 7.76 | 9.19 | 9.32 | | 6.20 | 7.57 |
| 1989 | 8.12 | 8.04 | 8.55 | 8.49 | 8.45 | 9.26 | 10.18 | 7.24 | 10.13 | 10.87 | | 6.93 | 9.21 |
| 1990 | 7.51 | 7.47 | 8.26 | 8.55 | 8.61 | 9.32 | 10.36 | 7.25 | 10.05 | 10.01 | | 6.98 | 8.10 |
| 1991 | 5.42 | 5.49 | 6.82 | 7.86 | 8.14 | 8.77 | 9.80 | 6.89 | 9.32 | 8.46 | | 5.45 | 5.69 |
| 1992 | 3.45 | 3.57 | 5.30 | 7.01 | 7.67 | 8.14 | 8.98 | 6.41 | 8.24 | 6.25 | | 3.25 | 3.52 |
| 1993 | 3.02 | 3.14 | 4.44 | 5.87 | 6.59 | 7.22 | 7.93 | 5.63 | 7.20 | 6.00 | | 3.00 | 3.02 |
| 1994 | 4.29 | 4.66 | 6.27 | 7.09 | 7.37 | 7.96 | 8.62 | 6.19 | 7.49 | 7.15 | | 3.60 | 4.21 |
| 1995 | 5.51 | 5.59 | 6.25 | 6.57 | 6.88 | 7.59 | 8.20 | 5.95 | 7.87 | 8.83 | | 5.21 | 5.83 |
| 1996 | 5.02 | 5.09 | 5.99 | 6.44 | 6.71 | 7.37 | 8.05 | 5.75 | 7.80 | 8.27 | | 5.02 | 5.30 |
| 1997 | 5.07 | 5.18 | 6.10 | 6.35 | 6.61 | 7.26 | 7.86 | 5.55 | 7.71 | 8.44 | | 5.00 | 5.46 |
| 1998 | 4.81 | 4.85 | 5.14 | 5.26 | 5.58 | 6.53 | 7.22 | 5.12 | 7.07 | 8.35 | | 4.92 | 5.35 |
| 1999 | 4.66 | 4.76 | 5.49 | 5.65 | 5.87 | 7.04 | 7.87 | 5.43 | 7.04 | 8.00 | | 4.62 | 4.97 |
| 2000 | 5.85 | 5.92 | 6.22 | 6.03 | 5.94 | 7.62 | 8.36 | 5.77 | 7.52 | 9.23 | | 5.73 | 6.24 |
| 2001 | 3.45 | 3.39 | 4.09 | 5.02 | 5.49 | 7.08 | 7.95 | 5.19 | 7.00 | 6.91 | | 3.40 | 3.88 |
| 2002 | 1.62 | 1.69 | 3.10 | 4.61 | | 6.49 | 7.80 | 5.05 | 6.43 | 4.67 | | 1.17 | 1.67 |
| 2003 | 1.02 | 1.06 | 2.10 | 4.01 | | 5.67 | 6.77 | 4.73 | 5.80 | 4.12 | 2.12 | | 1.13 |
| 2004 | 1.38 | 1.58 | 2.78 | 4.27 | | 5.63 | 6.39 | 4.63 | 5.77 | 4.34 | 2.34 | | 1.35 |

[1] Rate on new issues within period; bank-discount basis.
[2] Yields on the more actively traded issues adjusted to constant maturities by the Department of the Treasury. In February 2002, the Department of the Treasury discontinued publication of the 30-year series.
[3] Beginning December 7, 2001, data for corporate Aaa series are industrial bonds only.
[4] Effective rate (in the primary market) on conventional mortgages, reflecting fees and charges as well as contract rate and assuming, on the average, repayment at end of 10 years. Rates beginning January 1973 not strictly comparable with prior rates.

See next page for continuation of table.

TABLE B–64.—*Changes in consumer price indexes for commodities and services, 1929–2004*

[For all urban consumers; percent change]

| Year | All items (CPI-U) | | Commodities | | | | Services | | | | Medical care[2] | | Energy[3] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | | Food | | Total | | Medical care | | | | | |
| | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year | Dec. to Dec.[1] | Year to year |
| 1929 | 0.6 | 0 | | | 2.5 | 1.2 | | | | | | | | |
| 1933 | .8 | -5.1 | | | 6.9 | -2.8 | | | | | | | | |
| 1939 | 0 | -1.4 | -0.7 | -2.0 | -2.5 | -2.5 | 0 | 0 | 1.2 | 1.2 | 1.0 | 0 | | |
| 1940 | .7 | .7 | 1.4 | .7 | 2.5 | 1.7 | .8 | .8 | 0 | 0 | 0 | 1.0 | | |
| 1941 | 9.9 | 5.0 | 13.3 | 6.7 | 15.7 | 9.2 | 2.4 | .8 | 1.2 | 0 | 1.0 | 0 | | |
| 1942 | 9.0 | 10.9 | 12.9 | 14.5 | 17.9 | 17.6 | 2.3 | 3.1 | 3.5 | 3.5 | 3.8 | 2.9 | | |
| 1943 | 3.0 | 6.1 | 4.2 | 9.3 | 3.0 | 11.0 | 2.3 | 2.3 | 5.6 | 4.5 | 4.6 | 4.7 | | |
| 1944 | 2.3 | 1.7 | 2.0 | 1.0 | 0 | -1.2 | 2.2 | 2.2 | 3.2 | 4.3 | 2.6 | 3.6 | | |
| 1945 | 2.2 | 2.3 | 2.9 | 3.0 | 3.5 | 2.4 | .7 | 1.5 | 3.1 | 3.1 | 2.6 | 2.6 | | |
| 1946 | 18.1 | 8.3 | 24.8 | 10.6 | 31.3 | 14.5 | 3.5 | 1.4 | 9.0 | 5.1 | 8.3 | 5.0 | | |
| 1947 | 8.8 | 14.4 | 10.3 | 20.5 | 11.3 | 21.7 | 5.6 | 4.3 | 6.4 | 8.7 | 6.9 | 8.0 | | |
| 1948 | 3.0 | 8.1 | 1.7 | 7.2 | -.8 | 8.3 | 5.9 | 6.1 | 6.9 | 7.1 | 5.8 | 6.7 | | |
| 1949 | -2.1 | -1.2 | -4.1 | -2.7 | -3.9 | -4.2 | 3.7 | 5.1 | 1.6 | 3.3 | 1.4 | 2.8 | | |
| 1950 | 5.9 | 1.3 | 7.8 | .7 | 9.8 | 1.6 | 3.6 | 3.0 | 4.0 | 2.4 | 3.4 | 2.0 | | |
| 1951 | 6.0 | 7.9 | 5.9 | 9.0 | 7.1 | 11.0 | 5.2 | 5.3 | 5.3 | 4.7 | 5.8 | 5.3 | | |
| 1952 | .8 | 1.9 | -.9 | 1.3 | -1.0 | 1.8 | 4.4 | 4.5 | 5.8 | 6.7 | 4.3 | 5.0 | | |
| 1953 | .7 | .8 | -.3 | -.3 | -1.1 | -1.4 | 4.2 | 4.3 | 3.4 | 3.5 | 3.5 | 3.6 | | |
| 1954 | -.7 | .7 | -1.6 | -.9 | -1.8 | -.4 | 2.0 | 3.1 | 2.6 | 3.4 | 2.3 | 2.9 | | |
| 1955 | .4 | -.4 | -.3 | -.9 | -.7 | -1.4 | 2.0 | 2.0 | 3.2 | 2.6 | 3.3 | 2.2 | | |
| 1956 | 3.0 | 1.5 | 2.6 | 1.0 | 2.9 | .7 | 3.4 | 2.5 | 3.8 | 3.8 | 3.2 | 3.8 | | |
| 1957 | 2.9 | 3.3 | 2.6 | 3.2 | 2.8 | 3.2 | 4.2 | 4.3 | 4.8 | 4.3 | 4.7 | 4.2 | | |
| 1958 | 1.8 | 2.8 | 1.2 | 2.1 | 2.4 | 4.5 | 2.7 | 3.7 | 4.6 | 5.3 | 4.5 | 4.6 | -0.9 | 0 |
| 1959 | 1.7 | .7 | .6 | 0 | -1.0 | -1.7 | 3.9 | 3.1 | 4.9 | 4.5 | 3.8 | 4.4 | 4.7 | 1.9 |
| 1960 | 1.4 | 1.7 | 1.2 | .9 | 3.1 | 1.0 | 2.5 | 3.4 | 3.7 | 4.3 | 3.2 | 3.7 | 1.3 | 2.3 |
| 1961 | .7 | 1.0 | 0 | .6 | -.7 | 1.3 | 2.1 | 1.7 | 3.5 | 3.6 | 3.1 | 2.7 | -1.3 | .4 |
| 1962 | 1.3 | 1.0 | .9 | .9 | 1.3 | .7 | 1.6 | 2.0 | 2.9 | 3.5 | 2.2 | 2.6 | 2.2 | .4 |
| 1963 | 1.6 | 1.3 | 1.5 | .9 | 2.0 | 1.6 | 2.4 | 2.0 | 2.8 | 2.9 | 2.5 | 2.6 | -.9 | 0 |
| 1964 | 1.0 | 1.3 | .9 | 1.2 | 1.3 | 1.3 | 1.6 | 2.0 | 2.3 | 2.3 | 2.1 | 2.1 | 0 | -.4 |
| 1965 | 1.9 | 1.8 | 1.4 | 1.1 | 3.5 | 2.2 | 2.7 | 2.3 | 3.6 | 3.2 | 2.8 | 2.4 | 1.8 | 1.8 |
| 1966 | 3.5 | 2.9 | 2.5 | 2.6 | 4.0 | 5.0 | 4.8 | 3.8 | 8.3 | 5.3 | 6.7 | 4.4 | 1.7 | 1.7 |
| 1967 | 3.0 | 3.1 | 2.5 | 1.9 | 1.2 | .9 | 4.3 | 4.3 | 8.0 | 8.8 | 6.3 | 7.2 | 1.7 | 2.1 |
| 1968 | 4.7 | 4.2 | 4.0 | 3.5 | 4.4 | 3.5 | 5.8 | 5.2 | 7.1 | 7.3 | 6.2 | 6.0 | 1.7 | 1.7 |
| 1969 | 6.2 | 5.5 | 5.4 | 4.7 | 7.0 | 5.1 | 7.7 | 6.9 | 7.3 | 8.2 | 6.2 | 6.7 | 2.9 | 2.5 |
| 1970 | 5.6 | 5.7 | 3.9 | 4.5 | 2.3 | 5.7 | 8.1 | 8.0 | 8.1 | 7.0 | 7.4 | 6.6 | 4.8 | 2.8 |
| 1971 | 3.3 | 4.4 | 2.8 | 3.6 | 4.3 | 3.1 | 4.1 | 5.7 | 5.4 | 7.4 | 4.6 | 6.2 | 3.1 | 3.9 |
| 1972 | 3.4 | 3.2 | 3.4 | 3.0 | 4.6 | 4.2 | 3.4 | 3.8 | 3.7 | 3.5 | 3.3 | 3.3 | 2.9 | 2.6 |
| 1973 | 8.7 | 6.2 | 10.4 | 7.4 | 20.3 | 14.5 | 6.2 | 4.4 | 6.0 | 4.5 | 5.3 | 4.0 | 17.0 | 8.1 |
| 1974 | 12.3 | 11.0 | 12.8 | 11.9 | 12.0 | 14.3 | 11.4 | 9.2 | 13.2 | 10.4 | 12.6 | 9.3 | 21.6 | 29.6 |
| 1975 | 6.9 | 9.1 | 6.2 | 8.8 | 6.6 | 8.5 | 8.2 | 9.6 | 10.3 | 12.6 | 9.8 | 12.0 | 11.4 | 10.5 |
| 1976 | 4.9 | 5.8 | 3.3 | 4.3 | .5 | 3.0 | 7.2 | 8.3 | 10.8 | 10.1 | 10.0 | 9.5 | 7.1 | 7.1 |
| 1977 | 6.7 | 6.5 | 6.1 | 5.8 | 8.1 | 6.3 | 8.0 | 7.7 | 9.0 | 9.9 | 8.9 | 9.6 | 7.2 | 9.5 |
| 1978 | 9.0 | 7.6 | 8.8 | 7.2 | 11.8 | 9.9 | 9.3 | 8.6 | 9.3 | 8.5 | 8.8 | 8.4 | 7.9 | 6.3 |
| 1979 | 13.3 | 11.3 | 13.0 | 11.3 | 10.2 | 11.0 | 13.6 | 11.0 | 10.5 | 9.8 | 10.1 | 9.2 | 37.5 | 25.1 |
| 1980 | 12.5 | 13.5 | 11.0 | 12.3 | 10.2 | 8.6 | 14.2 | 15.4 | 10.1 | 11.3 | 9.9 | 11.0 | 18.0 | 30.9 |
| 1981 | 8.9 | 10.3 | 6.0 | 8.4 | 4.3 | 7.8 | 13.0 | 13.1 | 12.6 | 10.7 | 12.5 | 10.7 | 11.9 | 13.6 |
| 1982 | 3.8 | 6.2 | 3.6 | 4.1 | 3.1 | 4.1 | 4.3 | 9.0 | 11.2 | 11.8 | 11.0 | 11.6 | 1.3 | 1.5 |
| 1983 | 3.8 | 3.2 | 2.9 | 2.9 | 2.7 | 2.1 | 4.8 | 3.5 | 6.2 | 8.7 | 6.4 | 8.8 | -.5 | -.7 |
| 1984 | 3.9 | 4.3 | 2.7 | 3.4 | 3.8 | 3.8 | 5.4 | 5.2 | 5.8 | 6.0 | 6.1 | 6.2 | .7 | 1.0 |
| 1985 | 3.8 | 3.6 | 2.5 | 2.1 | 3.8 | 2.6 | 5.1 | 5.1 | 6.8 | 6.1 | 6.8 | 6.3 | 1.8 | .7 |
| 1986 | 1.1 | 1.9 | -2.0 | -.9 | 3.8 | 3.2 | 4.5 | 5.0 | 7.9 | 7.7 | 7.7 | 7.5 | -19.7 | -13.2 |
| 1987 | 4.4 | 3.6 | 4.6 | 3.2 | 3.5 | 4.1 | 4.3 | 4.2 | 5.6 | 6.6 | 5.8 | 6.6 | 8.2 | .5 |
| 1988 | 4.4 | 4.1 | 3.8 | 3.5 | 5.2 | 4.1 | 4.8 | 4.6 | 6.9 | 6.4 | 6.9 | 6.5 | .5 | .8 |
| 1989 | 4.6 | 4.8 | 4.1 | 4.7 | 5.6 | 5.8 | 5.1 | 4.9 | 8.6 | 7.7 | 8.5 | 7.7 | 5.1 | 5.6 |
| 1990 | 6.1 | 5.4 | 6.6 | 5.2 | 5.3 | 5.8 | 5.7 | 5.5 | 9.9 | 9.3 | 9.6 | 9.0 | 18.1 | 8.3 |
| 1991 | 3.1 | 4.2 | 1.2 | 3.1 | 1.9 | 2.9 | 4.6 | 5.1 | 8.0 | 8.9 | 7.9 | 8.7 | -7.4 | .4 |
| 1992 | 2.9 | 3.0 | 2.0 | 2.0 | 1.5 | 1.2 | 3.6 | 3.9 | 7.0 | 7.6 | 6.6 | 7.4 | 2.0 | .5 |
| 1993 | 2.7 | 3.0 | 1.5 | 1.9 | 2.9 | 2.2 | 3.8 | 3.9 | 5.9 | 6.5 | 5.4 | 5.9 | -1.4 | 1.2 |
| 1994 | 2.7 | 2.6 | 2.3 | 1.7 | 2.9 | 2.4 | 2.9 | 3.3 | 5.4 | 5.2 | 4.9 | 4.8 | 2.2 | .4 |
| 1995 | 2.5 | 2.8 | 1.4 | 1.9 | 2.1 | 2.8 | 3.5 | 3.4 | 4.4 | 5.1 | 3.9 | 4.5 | -1.3 | .6 |
| 1996 | 3.3 | 3.0 | 3.2 | 2.6 | 4.3 | 3.3 | 3.3 | 3.2 | 3.2 | 3.7 | 3.0 | 3.5 | 8.6 | 4.7 |
| 1997 | 1.7 | 2.3 | .2 | 1.4 | 1.5 | 2.6 | 2.8 | 3.0 | 2.9 | 2.9 | 2.8 | 2.8 | -3.4 | -1.3 |
| 1998 | 1.6 | 1.6 | .4 | .1 | 2.3 | 2.2 | 2.6 | 2.7 | 3.2 | 3.4 | 3.2 | 3.4 | -8.8 | -7.7 |
| 1999 | 2.7 | 2.2 | 2.7 | 1.8 | 1.9 | 2.1 | 2.6 | 2.5 | 3.4 | 3.4 | 3.7 | 3.5 | 13.4 | 3.6 |
| 2000 | 3.4 | 3.4 | 2.7 | 3.3 | 2.8 | 2.3 | 3.9 | 3.4 | 4.6 | 4.3 | 4.2 | 4.1 | 14.2 | 16.9 |
| 2001 | 1.6 | 2.8 | -1.4 | 1.0 | 2.8 | 3.2 | 3.7 | 4.1 | 4.8 | 4.8 | 4.7 | 4.6 | -13.0 | 3.8 |
| 2002 | 2.4 | 1.6 | 1.2 | -.7 | 1.5 | 1.8 | 3.2 | 3.1 | 5.6 | 5.1 | 5.0 | 4.7 | 10.7 | -5.9 |
| 2003 | 1.9 | 2.3 | -.5 | 1.0 | 3.6 | 2.2 | 2.8 | 3.2 | 4.2 | 4.5 | 3.7 | 4.0 | 6.9 | 12.2 |
| 2004 | 3.3 | 2.7 | 3.6 | 2.3 | 2.7 | 3.4 | 3.1 | 2.9 | 4.9 | 5.0 | 4.2 | 4.4 | 16.6 | 10.9 |

[1] Changes from December to December are based on unadjusted indexes.

[2] Commodities and services.

[3] Household fuels—gas (piped), electricity, fuel oil, etc.,—and motor fuel. Motor oil, coolant, etc., also included through 1982.

Note.—See Note, Table B-60.

Source: Department of Labor, Bureau of Labor Statistics.

Regarding the letter of Peter K. Ashton, be advised of the following

1 I did not have any fringe benefits other than a 401K and dental benefits while working at Ace Hardware I enclose the following documents:

Exhibit A Ameritas benefit statement- Dentist charge-$118.00 Plan pays $57.00

Exhibit B. Ameritas benefit statement-Dentist charge $680.00 Plan pays $278.00

The plan pays $325.00 of a total dental charge of $798.00 or 42%.

I think it is reasonable to assume our yearly dental costs are $4000.00 . Based on 42% , our yearly loss of dental benefits is at least $1680.00. I am faced with a Peridontal cost of at least $3000.00 this year alone without including Patti's dental bills.

Regarding the 401K Plan, I was hired July 30,2001 at the hourly rate of $12.00

Exhibit C. My wage was increased to $12.50 as of 2-1-02

Exhibit D. My wage was increased to $12.75 as of 4-12-02

Exhibit E. My wage was increased to $13.00 as of 03-21-03

Exhibit F. My year to date earnings as of 03-02-03 was $7438.49

Exhibit G.My wage was reduced to $8.50 after my demotion from Floor Manager to part time Associate with loss of all benefits, however my 401K deduction remained at 10%.

I wish to stipulate, my hourly rate raised $1.00 per hour from 7-30-01 to 03-21-03 or 8% in a period of 20 months. This equates to a yearly rate increase of . Approximately 4% .

Prior to the accident of Oct 14,2002 I always worked fourty hours per week plus overtime of four hours at time and a half. After the accident my weekly hours continously diminished until my employment was terminated 02-28-04.

·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·  ·

*June 3, 2003*
*Page 2*

2. Here is a list of all tasks Mr. Olafson performed around his house prior to the accident on October 14, 2002 which he can no longer do.

**Outdoor Work**

1. Mow the lawn-2 hours per week seasonal
2. Garden 3 hours per week seasonal
3. Wash windows 1 hour per week seasonal
4. Misc paint and repair house 2 hours per week seasonal
5. Seal coat driveway 6 hours per season
6. Trim trees bushes shrubs 1 hours per week seasonal
7. Spray trees bushes shrubs 4 hours per season
8. Aerate lawn 4 hours per season
9. Erect Christmas , Halloween, and various Seasonal Decorations 40 hours per season

**Indoor Work**

1. Vacuum clean floors 2 hours per week all year

2. Misc cleaning dusting scrubbing floors 4 hours per week all year
3. Misc painting , touch up, general household upkeep, 4 hours per week all year
4. Garbage removal salt blocks general repairs 2 hours per week all year

Very truly yours

Bob

BENEFIT STATEMENT

EXHIBIT 1



AMERITAS LIFE INSURANCE CORP.
GROUP CLAIMS DEPARTMENT
P. O. BOX 82520
LINCOLN          NE  68501-2520

800-487-5553   (Toll-Free Number)

DATE:  4/16/2003
PAGE:  1 OF  1

www.YourDentalSolutions.com

E-mail Address: CLAIMS@AMERITAS.COM
(Please include claim# 01-21-081-5593-0)

| Date of | Proc | Pay | Service | Benefit | Submitted | Covered | Remark |
|---|---|---|---|---|---|---|---|
| No. Service | Code | Code | Description | Type | Charges | Amount | Code |
| 03/13/03 | 0120 | | EVAL-PERIODIC | PREV | 28.00 | 29.00 | |
| 03/13/03 | 0272 | | X-RAY,BITEWING | PREV | 28.00 | 28.00 | |
| 03/13/03 | 1110 | | CLEAN - ADULT | PREV | 61.00 | 61.00 | |

| | Benefit Summary | | Submitted Charges | Covered Amount | Minus Deduct | Remain Amount | Coin % | Benefit Amount |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | PREV | 118.00 | 118.00 | 0.00 | 118.00 | 100% | 118.00 |
| | | | 118.00 | 118.00 | | TOTAL PAYABLE | | 118.00 |
| | OTHER COVERAGE PAYMENT | | 61.00 | | | BENEFIT CREDIT | | 61.00- |
| | | | | | | PLAN PAYS | | 57.00 |

| | CHECK NO. | 8790251 TO MEMBER | | 57.00 |
|---|---|---|---|---|
| BALANCE DUE TO YOUR DOCTOR UNLESS PREVIOUSLY PAID | | ** THIS IS NOT A BILL ** | | 57.00 |

REMARKS
If benefit amounts released were reduced due to coinsurance percentages or deductibles, you may refer to the Schedule of Benefits in your certificate booklet for additional information.

Visit our website at www.YourDentalSolutions.com/provider to locate a contracted provider in your area.

PATIENT DEDUCTIBLE AND MAXIMUM INFORMATION:
YOUR REMAINING MAXIMUM FOR THE YEAR 2003 IS $1,882.00.
IN ADDITION YOU HAVE     $61.00 IN YOUR BENEFIT CREDIT ACCOUNT AS A RESULT
OF COORDINATING BENEFITS WITH ANOTHER CARRIER.  THE BENEFIT CREDIT IS HELD
IN RESERVE AND APPLIED TO ANY COVERED EXPENSES INCURRED BY THIS PATIENT
FOR THE REMAINDER OF 2003 THAT ARE NOT PAID IN FULL UNDER BOTH PLANS.

QUESTIONS? Please call 800-487-5553 or write to the address above.
Our Customer Service hours are: 7 a.m.-Midnight (CT) M-TH, 7 a.m.-6:30 p.m. (CT) Fri

Plan Sponsor: BUIKEMA ACE HARDWARE
Plan Member: ROBERT D CLAFSON
Patient   : PATRICIA
Member SSN : 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
Claim No   : 01-21-081-5593-0    T01

ROBERT D OLAFSON
13448 REDBERRY CIR
PLAINFIELD  IL  60544-9362

Plan No : 0-28580-1-32-2
Provider: JAMES P HOFFMAN
128675A

OC  (rev. 1-01)     Please retain this statement for tax purposes

BENEFIT STATEMENT

EXHIBIT I

**AMERITAS.**
LIFE INSURANCE CORP

DATE  8/07/2003
PAGE:  1 OF  1

AMERITAS LIFE INSURANCE CORP.
GROUP CLAIMS DEPARTMENT
P.O. BOX 82520
LINCOLN          NE  68501-2520

www.ameritasgroup.com

800-487-5500    (Toll-Free Number)

E-mail Address: CLAIMS1@AMERITAS.COM
(Please include claim# 01-21-134-2760-1)

| No | Date of Service | Proc Code | Pay Code | Service Description | Type | Benefit Submitted Charges | Covered Amount | Remark Code |
|----|-----------------|-----------|----------|---------------------|------|---------------------------|----------------|-------------|
| 19 | 04/17/03 | 2750 | | CROWN | MAJOR | 680.00 | 680.00 | |

| | Benefit Summary TOTAL | Type MAJOR | Submitted Charges 680.00 | Covered Amount 680.00 | Minus Deduct 50.00 | Remain 630.00 | Co'n % 50% | Benefit Amount 318.00 |
|---|---|---|---|---|---|---|---|---|
| | | | 680.00 | 680.00 | | TOTAL PAYABLE | | 318.00 |

|  | | |
|---|---|---|
| | EXCESS MAXIMUM | 37.00- |
| OTHER COVERAGE PAYMENT | 278.00 | |
| | PLAN PAYS | 278.00 |

PAYMENT WILL BE MADE TO YOUR DOCTOR     278.00

**REMARKS.**
If benefit amounts released were reduced due to coinsurance percentages or deductibles, you may
refer to the Schedule of Benefits in your certificate booklet for additional information.

THIS CLAIM HAS BEEN REVIEWED AS A RESULT OF ADDITIONAL
INFORMATION RECEIVED. THE FEE ACCEPTED BY THE PRIMARY CARRIER REPRESENTS
THE MAXIMUM PATIENT LIABILITY UPON WHICH COORDINATION OF BENEFITS IS
CALCULATED.

QUESTIONS? Please call 800-487-5500 or write to the address above.
Our Customer Service hours are: 7 A.M.-Midnight (CT) M-TH, 7 a.m.-6:30 p.m. (CT) Fri.

Plan Sponsor: BUIKEMA ACE HARDWARE
Plan Member: ROBERT J OLAFSON
Patient    : PATRICIA
Member SSN : 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
Claim No   : 01-21-134-2760-1    TO1

ROBERT D OLAFSON
13448 REDBERRY CIR
PLAINFIELD  IL  60544-9362

Plan No : 0-25660-1-32 2
Provider: JAMES P HOFFMAN

CC 21A Rev. 4.03     *Please retain this statement for tax purposes*

# buikema's ACE
## *Family Owned Since 1948*
## Hardware Centers

### WAGE INCREASE NOTICE

Name: _Robert Olafson_ Store #: _NW_ Date: _1-12-02_

Dear Valued Ace Team Member:

Your current wage is $ _12.00_ per hour. As of _2-1-02_ , your new

wage will be $ _12.50_ per hour. This increase will be reflected in your

paycheck of _2-22-02_

### YOUR EFFORTS ARE EFFECTIVE!
### HAPPY CUSTOMERS = HAPPY RETURNS
### KEEP UP THE GREAT WORK!

☑ Review _.50_

☐ ACHR _____

☐ Merit _____

Total _.50_

Sincerely,

C. JAY BUIKEMA          KYLE J. BUIKEMA
President/CEO           Vice President

(Please keep your salary confidential)

EXHIBIT D

# buikema's ACE
*Family Owned Since 1948*
## Hardware Centers

**WAGE INCREASE NOTICE**

Name: Bob Olafson    Employee #: 01920   Store #: 10602   Date: 4-11-02

Dear Valued Ace Team Member:

Your current wage is $ 12.50 per hour. As of 4-12-02, your new wage will be $ 12.75 per hour. This increase will be reflected in your paycheck of 5-3-02.

**YOUR EFFORTS ARE EFFECTIVE!**
**HAPPY CUSTOMERS = HAPPY RETURNS**
**KEEP UP THE GREAT WORK!**

☐ Review
☑ A.C.H.R. .26
☐ Merit _____
☐ Promotion _____
   Total .25

Sincerely,

C. Jay Buikema
C.E.O.

Kyle J. Buikema
President

---

| 03/21/03 | 01920 | ROBERT D OLAFSON | | 350261320 | PAYROLL CHECK CK.# 00044182 |

EXHIBIT E

| REGULAR | 13.00/HR | 70.91 | 921.83 | 1K DED | 10% | 92.18 |
| | | | | DENTAL FAMILY | | 25.78 |

| | | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|---|
| 02/28/03 - 03/13/03 | | 982.83 | 8.66 | 68.55 | 16.50 | | | 117.96 |
| YEAR-TO-DATE | | 5,297.52 | 65.21 | 394.06 | 92.94 | | | 576.21 |

STORE #10602   DEPT. #
STATEMENT OF EARNINGS AND DEDUCTIONS    DETACH AND RETAIN FOR YOUR RECORDS

710.16



EXHIBIT F

| | | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|---|
| | YEAR-TO-DATE | 7,431.49 | 65.21 | 651.92 | 125.56 | | | 547.00 |

REGULAR 13.00/HR

---

05/16/03    01920    ROBERT D OLAFSON         350261920         PAYROLL CHECK
                                                                CK. # 00045646

EXHIBIT G

REGULAR 8.50/HR    3.51    369.04    BIK DED    10%    36.98

No Family Dental

| | | GROSS | FEDERAL | FICA | STATE | CITY | SDI | DED. |
|---|---|---|---|---|---|---|---|---|
| 04/25/03 - 05/08/03 | | 363.84 | 65.21 | 20.30 | 2.37 | | | 36.98 |
| | YEAR-TO-DATE | 7,804.33 | 65.21 | 580.22 | 127.95 | | | 1004.63 |

STORE#10602    DEPT. #    .    DETACH AND RETAIN FOR YOUR RECORDS    308.19
STATEMENT OF EARNINGS AND DEDUCTIONS

## CERTIFICATE OF SERVICE

I, John C. Ottenberg, hereby certify that I served a copy of the within pleading by first

class mail on this date, addressed as follows:

Bruce R. Fox, Esq.
278 Midstate Office Park
Auburn, MA 01501

John F. Leahy, Jr., Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

Judith Leggett, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

Signed under the pains and penalties of perjury this 25th day of July, 2005.

John C. Ottenberg

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\CertService.0725.wpd