UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

### SUPPLEMENT TO DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) OF PLAINTIFF

1. (f)   Michael Wilson

   c/o Bukiema Hardware

   1030 North Washington Street

   Naperville, IL

Mr. Wilson has information regarding the physical condition of Robert Olafson before and after the accident and the compensation received by Mr. Olafson from his employment, including the diminution in income. Mr. Wilson was Mr. Olafson's supervisor.

PATRICIA OLAFSON and ROBERT OLAFSON
By their attorney,

OTTENBERG & DUNKLESS LLP

_____
John C. Ottenberg (BBO#: 380955)
101 Arch Street
Boston, MA 02110
617-342-8600

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\Supplment.wpd

## CERTIFICATE OF SERVICE

I, John C. Ottenberg, hereby certify that I served a copy of the within pleading by first class mail on this date, addressed as follows:

Bruce R. Fox, Esq.
278 Midstate Office Park
Auburn, MA 01501

Judith Leggett, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181

John F. Leahy, Jr., Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

Signed under the pains and penalties of perjury this 22nd of July, 2005.

_____
John C. Ottenberg

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\Certificate.0722