UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

## EXPERT REPORT OF DR. ROBERT AARON LEVINE

## RE: ROBERT OLAFSON