UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 04 10158MLW |

**EXPERT REPORT OF DR. ROBERT AARON LEVINE**

**RE: ROBERT OLAFSON**

C:\Office Documents\Gateway\WPfiles\WPFILES\Olafson\ReportLossEarning.wpd

1