UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT OLAFSON and<br>PATRICIA OLAFSON<br><br>v.<br><br>KYLE E. BYRNE, and BFI WASTE<br>SERVICES OF MASSACHUSETTS, LLC,<br>and MARGARET HAMILL | CIVIL ACTION NO. 0410158MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiffs, Robert Olafson and Patricia Olafson, and the defendants, Kyle E. Byrne, BFI Waste Services of Massachusetts, LLC and Margaret Hamill hereby stipulate and agree that all claims, including but not limited to direct claims for injury and claims for contribution:

1. by any plaintiff against any defendant that were asserted or that could have been asserted herein;

2. by any defendant against any plaintiff that were asserted or could have been asserted herein; and

3. by any defendant against any other defendant that were asserted or could have been asserted herein,

are dismissed with prejudice, and without costs to any party, or are irrevocably waived and/or forgone. All rights of appeal are waived.

ROBERT OLAFSON and PATRICIA OLAFSON
Plaintiffs
By their attorney,

/s/ *John C. Ottenberg*

---

John C. Ottenberg, Esq. (BBO #380955)
Ottenberg & Dunkless LLP
101 Arch Street
Boston, MA 02110
617-342-8600

KYLE E. BYRNE
By his attorney,

/s/ *John F. Leahy, Jr.*

---

John F. Leahy, Jr. (BBO #289860)
Long & Houlden
100 Summer Street – 11th Floor
Boston, MA 02100
(617) 439-4777

BFI WASTE SERVICES
OF MASSACHUSETTS LLC
By its attorney,

/s/ *Lee Stephen MacPhee*

---

Lee Stephen MacPhee, Esq. (BBO #312400)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

MARGARET HAMILL
By her attorney,

/s/ *Bruce R. Fox*

---

Bruce R. Fox, Esq. (BBO #176320)
27B Midstate Office Park
Auburn, MA 01501
(866) 290-7435

Dated: December 15, 2005